1  Bobby A. Ghajar (S.B. No. 198719)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, CA 90071
3  Telephone: (213) 892-1800
4  Facsimile: (213) 892-2300

5  John G. Froemming, Esq.
   Michael J. Bell, Esq.
6  David M. Jaquette, Esq.
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Telephone: (202) 783-0800
9  Facsimile: (202) 383-6610

10 Attorneys for Plaintiffs

11

12              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
13

14 BMW of North America, LLC and          )
15 Bayerische Motoren Werke AG,           )
                                          )   **'08 CV 0171 JM WMc**
16            Plaintiffs,                  )
                                          )   Case No:
17       v.                                )
                                          )   **COMPLAINT FOR**
18 Eurotech Wheels, LLC, Eurotech Rims,    )   **TRADEMARK AND DESIGN**
   LLC, Ryan Moalemi and Joshua Moalemi,  )   **PATENT INFRINGEMENT,**
19                                         )   **CYBERSQUATTING, AND**
                                          )   **UNFAIR COMPETITION**
20            Defendants.                  )
                                          )
21

22      Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively

23 "BMW") seek injunctive and monetary relief from Defendants Eurotech Wheels, LLC, Eurotech Rims,

24 LLC, Ryan Moalemi and Joshua Moalemi (collectively, "Eurotech") for trademark and design patent

25 infringement, cybersquatting and unfair competition.   As alleged more fully below, Defendants have

26 violated and continue to violate the Trademark Act of 1946 as amended, 15 U.S.C. §§ 1051 *et seq.* (the

27 "Lanham Act"), and California law through their unauthorized use of BMW's "Roundel" logo, M

28

HOWREY LLP

1  Stripes logo and "BMW" word mark in connection with the sale of wheel rims that are not made or

2  authorized by BMW; and their unauthorized use of the "BMW" word trademark in the domain name

3  www.eurotechbmw.com.  Defendants have also violated and continue to violate the Patent Act, 35

4  U.S.C. § 271, through their sale of wheel rims that infringe Plaintiffs' design patents.

5  **PARTIES**

6      1.    Plaintiff BMW of North America, LLC ("BMW NA") is a Delaware limited liability

7  company with its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey

8  07677.  BMW NA is a wholly owned subsidiary of BMW (US) Holding Corporation, a Delaware

9  corporation, which is a wholly owned subsidiary of Bayerische Motoren Werke AG.  BMW NA is the

10  exclusive authorized distributor of "BMW" automotive and related products in the United States.

11      2.    Plaintiff Bayerische Motoren Werke AG ("BMW AG") is a corporation organized

12  under the laws of the Federal Republic of Germany with its principal place of business at 80788

13  Munich, Germany.  BMW AG manufactures motor vehicles, parts and other products for sale in

14  Germany and for export and sale throughout the world.

15      3.    Upon information and belief, Defendant Eurotech Wheels, LLC is a California limited

16  liability company with its principal place of business at 6350 Nancy Ridge Drive # 104, San Diego,

17  CA 92121.

18      4.    Upon information and belief, Defendant Eurotech Rims, LLC is a California limited

19  liability company with its principal place of business at 8730 Costa Verde Boulevard, Suite 2410, San

20  Diego, CA 92122.  Upon information and belief, Eurotech Rims, LLC is a related company of

21  Eurotech Wheels, LLC.

22      5.    Upon information and belief, Ryan Moalemi is owner and Chief Executive Officer of

23  Eurotech Wheels, LLC and has personally directed the activities alleged herein.

24      6.    Upon information and belief, Joshua Moalemi is General Manager of Eurotech Wheels,

25  LLC and has personally directed the activities alleged herein.

26  **JURISDICTION AND VENUE**

27      7.    This is an action arising under the patent and trademark laws of the United States,

28  specifically Titles 35 and 15 of the United States Code, 35 U.S.C. § 271 and 15 U.S.C. § 1051 *et seq.*

-2-

HOWREY LLP

DM US:20986648 1

8.      This Court has personal jurisdiction over Defendants because they reside in and conduct business in California.

9.      This Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over BMW's claims under California law.

10.     Venue is proper in this District under 28 U.S.C. § 1391(b), as Defendants have their principal place of business in this District and, upon information and belief, a substantial part of the events or omissions giving rise to the claims herein occurred and are occurring in this District.

## BMW'S DESIGN PATENTS AND TRADEMARKS

11.     BMW AG is the owner of various valid and lawfully issued United States Design Patents, including patents for designs of the Front Face of a Vehicle Wheel (U.S. Design Patent Nos. 515,491; 514,999; 504,382; 493,404; and 470,093) (collectively, the "BMW design patents"). *See* Exhs. 1(A); 2(A); 3(A); 4(A); and 5(A).  BMW NA is the exclusive licensee of said patents in the United States.

12.     BMW is in the business of designing, manufacturing, and distributing motor vehicles, wheel rims, and a variety of other products under various trademarks, including the word mark "BMW" and the Roundel logo and M Stripes logo shown below:

     

HOWREY LLP

-3-

DM_US:20986648_1

13.    BMW NA, through itself and its predecessors-in-interest, has been the exclusive licensee and authorized user of the Roundel logo and "BMW" word mark in the United States continuously since at least as early as 1949 in connection with the sale and service of motor vehicles and wheel rims.

14.    BMW NA, through itself and its predecessors-in-interest, has been the exclusive licensee and authorized user of the M Stripes logo in the United States continuously since at least as early as 1985 in connection with the sale and service of motor vehicles.

15.    Since long prior to the acts of the Defendants complained of herein, BMW has also used the Roundel logo, M Stripes logo and "BMW" word mark in connection with its business of manufacturing, and distributing motor vehicles, wheel rims, and a variety of other products in the State of California.

16.    BMW AG is the owner of the following U.S. Registrations for its Roundel logo, M Stripes logo and "BMW" word mark:

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|---|---|---|---|
|  | 613,465 | October 4, 1955 | Automobiles, motorcycles and parts thereof |
|  | 1,170,556 | September 22, 1981 | Motor vehicle repair and maintenance services and dealership services |
|  | 1,450,212 | August 4, 1987 | Automobiles, motorcycles, parts thereof, including wheels, wheel rims, and watches, clocks and various other goods and services |

-4-

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|---|---|---|---|
|  | 2,752,258 | August 19, 2003 | Cleaning preparations for use in the automotive field, engine oil and various other goods |
| "BMW" | 611,710 | September 6, 1955 | Automobiles and motorcycles |
| "BMW" | 1,164,922 | August 11, 1981 | Motor vehicle repair and maintenance services and dealership services |
| "BMW" | 1,627,241 | September 18, 1990 | Clothing |
| "BMW" | 2,816,178 | February 24, 2004 | Antifreeze, automobile paint, engine oils, vehicle parts and various other goods |
|  | 1,438,545 | August 5, 1987 | Automobiles |
|  | 2,683,597 | November 12, 2002 | License plate frames, gear shift knobs, floor mats and various other goods |

These registrations were duly and legally issued, and are valid and subsisting. Registration Nos. 613,465; 1,170,556; 1,450,212; 611,710; 1,164,922; 1,627,241; 1,438,545; and 2,683,597 are incontestable pursuant to 15 U.S.C. § 1065.

17.    BMW NA distributes its vehicles, parts and accessories and provides maintenance services for its customers through nationwide networks of authorized dealers and service providers. BMW NA authorizes its dealerships to use the Roundel logo, M Stripes logo and "BMW" word mark in connection with the sale and/or service of BMW products.

18.    To create and maintain goodwill among its customers, BMW has taken substantial steps to assure that all authorized BMW dealers and service providers using its Roundel logo, M Stripes logo and "BMW" word mark are of the highest quality.

-5-

HOWREY LLP

DM US:20986648 1

19.    Since January of 1996, BMW has used the "BMW" word mark within various domain names through which customers and potential customers may access its websites. Through these websites, BMW provides a wide variety of information to its customers and potential customers and markets a variety of products and services. These sites are accessed through BMW's primary bmw.com domain name, in addition to other domain names containing the "BMW" word mark such as bmw-service.com, bmwusa.com, centralcarolinabmw.com, and bmwmotorcycles.com. As a result, consumers have come to associate BMW-composite domain names exclusively with BMW.

20.    BMW has expended millions of dollars in advertising efforts across the country in connection with its Roundel logo, M Stripes logo and "BMW" word mark. As a result of BMW's long use and promotion of these marks, BMW has established the Roundel logo, M Stripes logo and "BMW" word mark as famous and/or well-known and distinctive marks among American purchasers of motor vehicles, wheel rims, parts and accessories, as well as among general members of the American public.

## DEFENDANTS' WRONGFUL ACTIVITIES

### Trademark Infringement

21.    Defendants are manufacturing, offering for sale and selling wheel rims bearing BMW's Roundel and M Stripes logo even though Defendants' wheels are not made or authorized by BMW.

22.    Defendants are calling their wheels "BMW" wheels, and by other BMW trademarks, even though Defendants' wheels are not made or authorized by BMW. For example, Defendants are purporting to offer BMW wheels rather than simply Eurotech wheels that fit certain BMWs. *See* Exhibit 1.

23.    Defendants have registered and used the domain name www.eurotechbmw.com without authorization from BMW. This domain is still owned by Defendants and, upon information and belief, Defendants have used the website at www.eurotechbmw.com to sell "BMW" wheel rims that are not made or authorized by BMW.

24.    Defendants' unauthorized use of BMW's trademarks in the manner described above:

-6-

(a)   is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, as to the origin, sponsorship, or approval of Defendants' products and services, or as to some affiliation, connection, or association of Defendants with BMW;

(b)   enables Defendants to trade on and receive the benefit of goodwill BMW built up at great labor and expense over many years, and to gain acceptance for Defendants' products and services not solely on their own merits, but on the reputation and goodwill of BMW, its trademarks, and its products and services;

(c)   unjustly enriches Defendants; and

(d)   unlawfully removes from BMW the ability to control the nature and quality of products and services provided under BMW's trademarks and places the goodwill and valuable reputation of BMW in the hands of Defendants, over whom BMW has no control.

## Design Patent Infringement

25.     Defendants are infringing BMW U.S. Design Patent No. 515,491 ("the '491 patent") by offering to sell and selling wheel rims that are covered by the '491 patent. A copy of BMW's U.S. Design Patent No. 515,491 and a printout from Eurotech's online store showing this wheel rim style are attached hereto as Exhibit 2(A) and (B), respectively.

26.     Defendants are infringing BMW U.S. Design Patent No. 514,999 ("the '999 patent") by offering to sell and selling wheel rims that are covered by the '999 patent. A copy of BMW's U.S. Design Patent No. 514,999 and a printout from Eurotech's online store showing this wheel rim style are attached hereto as Exhibit 3(A) and (B), respectively.

27.     Defendants are infringing BMW U.S. Design Patent No. 504,382 ("the '382 patent") by offering to sell and selling wheel rims that are covered by the '382 patent. A copy of BMW's U.S. Design Patent No. 504,382 and a printout from Eurotech's online store showing this wheel rim style are attached hereto as Exhibit 4(A) and (B), respectively.

HOWREY LLP

DM US:20986648 1

28.    Defendants are infringing BMW U.S. Design Patent No. 493,404 ("the '404 patent") by offering to sell and selling wheel rims that are covered by the '404 patent. A copy of BMW's U.S. Design Patent No. 493,404 and a printout from Eurotech's online store showing this wheel rim style are attached hereto as Exhibit 5(A) and (B), respectively.

29.    Defendants are infringing BMW U.S. Design Patent No. 470,093 ("the '093 patent") by offering to sell and selling wheel rims that are covered by the '093 patent. A copy of BMW's U.S. Design Patent No. 470,093 and a printout from Eurotech's online store showing this wheel rim style are attached hereto as Exhibit 6(A) and (B), respectively.

30.    BMW has been damaged and continues to be damaged by Defendants' activities in the manner described above.

31.    Unless these acts of Defendants are restrained by this Court, they will continue to cause irreparable injury to BMW and to the public for which there is no adequate remedy at law.

## COUNT I
## FEDERAL TRADEMARK INFRINGEMENT
### (Lanham Act § 32, 15 U.S.C. § 1114(1))

32.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 31 herein.

33.    Defendants' use of BMW's Roundel logo, M Stripes logo and "BMW" word mark in connection with the sale of wheel rims that are not made or authorized by BMW and their unauthorized use of the "BMW" word mark in the domain name www.eurotechbmw.com is likely cause confusion, cause mistake, or deceive customers as to the source or sponsorship of Defendants' products and services.

34.    The acts of Defendants complained of herein constitute use in commerce of reproductions, counterfeits, copies, or colorable imitations of BMW's federally registered Roundel logo, M Stripes logo and "BMW" word mark in connection with the sale, offering for sale, distribution and advertising of goods and services in violation of 15 U.S.C. § 1114(1).

-8-

HOWREY LLP

DM US:20986648 1

35.    Plaintiffs own a trademark registration for the Roundel logo covering "wheels; [pneumatic tires]; and rims for vehicle wheels" in International Class 12 (Reg. No. number 1,450,212).

36.    Defendants' use of other federally registered BMW marks, including but not limited to X3, X5, M3, and 3 SERIES, as the names of Defendants' products falsely indicates that Defendants' wheels are made, authorized, sponsored or approved by BMW, and is likely to continue to cause confusion, mistake, and deception as to the source or sponsorship of Defendants and their products and services.

37.    Defendants' acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of BMW's rights in its marks, and with intent to trade off BMW's vast goodwill in its marks.

38.    As a result of the foregoing alleged actions of Defendants, BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, BMW will continue to suffer injury and damage.

## COUNT II
### FEDERAL UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN AND TRADE NAME INFRINGEMENT
### (Lanham Act § 43(a), 15 U.S.C. § 1125)

39.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 38 herein.

40.    Defendants' unauthorized use of BMW's Roundel logo, M Stripes logo and "BMW" word mark in connection with the sale of wheel rims that are not made or authorized by BMW and their unauthorized use of the "BMW" word mark in the domain name www.eurotechbmw.com falsely indicates that Defendants and their products and services are connected with, sponsored by, affiliated with, or related to BMW.

41.    Defendants' unauthorized use of BMW's Roundel logo, M Stripes logo and "BMW" word mark in connection with the sale of wheel rims that are not made or authorized by BMW and their unauthorized use of the "BMW" word mark in the domain name www.eurotechbmw.com has

HOWREY LLP

-9-

DM US:20986648 1

1   caused, and is likely to continue to cause confusion, mistake, and deception as to the source or

2   sponsorship of Defendants and their products and services.

3        42.    Defendants' use of other federally registered BMW marks, including but not limited to

4   M3, X5, Z3, and 3 SERIES, as the names of Defendants' products falsely indicates that Defendants'

5   wheels are made, authorized, sponsored or approved by BMW, and is likely to continue to cause

6   confusion, mistake, and deception as to the source or sponsorship of Defendants and their products and

7   services.

8        43.    The acts of Defendants complained of herein constitute unfair competition, false

9   designation of origin, and trade name infringement in violation of Section 43(a) of the Lanham Act, 15

10  U.S.C. § 1125(a).

11       44.    Defendants' acts complained of herein have been deliberate, willful, and intentional,

12  with full knowledge and in conscious disregard of BMW's rights in its marks.

13       45.    As a result of the foregoing alleged actions of Defendants, BMW has been injured and

14  damaged.  Unless the foregoing alleged actions of Defendants are enjoined, BMW will continue to

15  suffer injury and damage.

16

17                              **COUNT III**
    **VIOLATION OF THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT**
18              <u>**(Lanham Act § 43(d), 15 U.S.C. § 1125(d))**</u>

19

20       46.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 45

21  herein.

22       47.    The domain name www.eurotechbmw.com registered by Defendants incorporates the

23  "BMW" mark.

24       48.    The "BMW" mark was famous and distinctive at the time of the registration of

25  www.eurotechbmw.com.

26       49.    Upon information and belief, Defendants' registration and use of the domain name has

27  been and is in bad faith, in that the registration and use occurred (i) with full knowledge and conscious

28

HOWREY LLP

DM US:20986648.1

1  disregard of BMW's rights in the "BMW" mark and (ii) with an intent to trade off and profit from

2  BMW's vast goodwill in its name.

3      50.    The acts of Defendants complained of herein constitute cybersquatting in violation of

4  Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

5      51.    As a result of the foregoing alleged actions, BMW has been injured and damaged.

6  Unless the foregoing alleged actions of Defendants are enjoined, BMW will continue to suffer injury

7  and damage.

8

9                            **COUNT IV**
                    **DESIGN PATENT INFRINGEMENT**
10                  **U.S. DESIGN PATENT NO. 515,491**
                         **(35 U.S.C. §271)**
11

12      52.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 51

13  herein.

14

15      53.    Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC are infringing U.S. Design

16  Patent No. 515,491 in violation of 35 U.S.C §271 by making, using, offering for sale and/or selling

17  products within the scope of the '491 patent in the United States.

18      54.    Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's acts complained of

19  herein have been willful, deliberate and with conscious disregard of BMW's U.S. design patent rights.

20      55.    As a result of Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's

21  infringement, Plaintiffs have suffered and will continue to suffer damages.  Upon information and

22  belief, Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's infringement will persist unless

23  enjoined by this Court.

24      56.    The acts complained of herein constitute design patent infringement in violation of 35

25  U.S.C. § 271.

26

27

28

HOWREY LLP

-11-

DM US:20986648 1

## COUNT V
## DESIGN PATENT INFRINGEMENT
## U.S. DESIGN PATENT NO. 514,999
## (35 U.S.C. §271)

57.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 56 herein.

58.     Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC are infringing U.S. Design Patent No. 514,999 in violation of 35 U.S.C §271 by making, using, offering for sale and/or selling products within the scope of the '999 patent in the United States.

59.     Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's acts complained of herein have been willful, deliberate and with conscious disregard of BMW's U.S. design patent rights.

60.     As a result of Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's infringement, Plaintiffs have suffered and will continue to suffer damages.  Upon information and belief, Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's infringement will persist unless enjoined by this Court.

61.     The acts complained of herein constitute design patent infringement in violation of 35 U.S.C. § 271.

## COUNT VI
## DESIGN PATENT INFRINGEMENT
## U.S. DESIGN PATENT NO. 504,382
## (35 U.S.C. §271)

62.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 61 herein.

63.     Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC are infringing U.S. Design Patent No. 504,382 in violation of 35 U.S.C §271 by making, using, offering for sale and/or selling products within the scope of the '382 patent in the United States.

HOWREY LLP

DM US:20986648 1

1    64.    Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's acts complained of

2 herein have been willful, deliberate and with conscious disregard of BMW's U.S. design patent rights.

3    65.    As a result of Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's

4 infringement, Plaintiffs have suffered and will continue to suffer damages.  Upon information and

5 belief, Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's infringement will persist unless

6 enjoined by this Court.

7    66.    The acts complained of herein constitute design patent infringement in violation of 35

8 U.S.C. § 271.

9

10                              **COUNT VII**
                       **DESIGN PATENT INFRINGEMENT**
11                    **U.S. DESIGN PATENT NO. 493,404**
                            **(35 U.S.C. §271)**
12

13    67.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 66

14 herein.

15    68.    Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC are infringing U.S. Design

16 Patent No. 493,404 in violation of 35 U.S.C §271 by making, using, offering for sale and/or selling

17 products within the scope of the '404 patent in the United States.

18    69.    Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's acts complained of

19 herein have been willful, deliberate and with conscious disregard of BMW's U.S. design patent rights.

20    70.    As a result of Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's

21 infringement, Plaintiffs have suffered and will continue to suffer damages.  Upon information and

22 belief, Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's infringement will persist unless

23 enjoined by this Court.

24    71.    The acts complained of herein constitute design patent infringement in violation of 35

25 U.S.C. § 271.

26

27

28

HOWREY LLP

DM  US:20986648  1

**COUNT VIII**

**DESIGN PATENT INFRINGEMENT**

**U.S. DESIGN PATENT NO. 470,093**

**(35 U.S.C. §271)**

72.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 71 herein.

73.    Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC are infringing U.S. Design Patent No. 470,093 in violation of 35 U.S.C §271 by making, using, offering for sale and/or selling products within the scope of the '093 patent in the United States.

74.    Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's acts complained of herein have been willful, deliberate and with conscious disregard of BMW's U.S. design patent rights.

75.    As a result of Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's infringement, Plaintiffs have suffered and will continue to suffer damages.  Upon information and belief, Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC's infringement will persist unless enjoined by this Court.

76.    The acts complained of herein constitute design patent infringement in violation of 35 U.S.C. § 271.


**COUNT IX**
**TRADEMARK INFRINGEMENT**
**(Common Law of California)**

77.    BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 76 herein.

78.    The acts of Defendants complained of herein constitute trademark infringement in violation of the common law of California.

79.    Defendants' use of the infringing marks as described above has caused, is causing and, unless enjoined by this Court, will continue to cause confusion and mistake in the marketplace and

HOWREY LLP

DM US:20986648 1

1  deception of the trade and public as to the relationship or affiliation of the parties and the source,

2  origin, or sponsorship of their respective products and/or services.

3      80.    On information and belief, Defendants, with full knowledge of BMW's rights in its

4  Roundel logo, M Stripes logo and "BMW" word mark, and of the valuable goodwill associated

5  therewith, have committed the acts alleged herein willfully, with the intent to trade off, or in complete

6  disregard of, BMW's goodwill and the goodwill associated with BMW's Roundel logo, M Stripes logo

7  and "BMW" word mark.

8      81.    As a result of the foregoing alleged actions, Defendants have been unjustly enriched

9  and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendants are

10  enjoined, BMW will continue to suffer injury and damage.

11      82.    Defendants' use of the infringing marks as described above has impaired, is impairing

12  and, unless enjoined by this Court, will continue to impair BMW's reputation under its trademarks and

13  has caused, is causing and, unless enjoined by this Court, will continue to cause injury and damage to

14  BMW for which BMW is entitled to relief under the common law.

15

16                       **COUNT X**

              **UNFAIR COMPETITION**

17         **(California Unfair Competition Statute,**

        **Cal. Bus. & Prof. Code § 17200 et seq.)**

18

19      83.    BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 82

20  herein.

21      84.    The acts of Defendants complained of herein constitute unlawful and unfair competition

22  in violation of the California Unfair Competition Statute, Cal. Bus. & Prof. Code § 17200, as they are

23  likely to deceive and mislead the public.

24      85.    As a result of the foregoing alleged actions of Defendants, Defendants have been

25  unjustly enriched and BMW has been injured and damaged.  Unless the foregoing alleged actions of

26  Defendants are enjoined, BMW will continue to suffer injury and damage.

27

28

HOWREY LLP

-15-

## COUNT XI
## UNFAIR COMPETITION
## (Common Law of California)

86.    BMW re-alleges and incorporates the allegations set forth in paragraphs 1 through 85 herein.

87.    The acts of Defendants complained of herein constitute unfair competition in violation of the common law of California.

88.    As a result of the foregoing alleged actions, Defendants have been unjustly enriched and BMW has been injured and damaged. Unless the foregoing alleged actions of Defendants are enjoined, BMW will continue to suffer injury and damage.

## **PRAYER FOR RELIEF**

WHEREFORE, BMW prays that:

1.    Defendants be adjudged liable as to the foregoing claims.

2.    Defendants, their agents, servants, employees, and all others in active concert or participation with any of them, be permanently enjoined and restrained from:

(a)    using BMW's Roundel logo, M Stripes logo, or "BMW" word mark in a trademark sense, or any other name or mark that is confusingly similar to these marks, in connection with the sale of wheel rims, including affixing BMW's Roundel logo or M Stripes logo to wheel rims that are not made or authorized by BMW;

(b)    Using BMW's trademarks, rather than Defendants' trademark, as or in the names of their products;

(c)    manufacturing, importing, marketing, advertising, offering to sell and/or selling wheel rims that infringe upon BMW's U.S. Design Patent Nos. 515,491; 514,999; 504,382; 493,404; and 470,093; and

(d)    doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendants emanate from, or are connected with, sponsored or

HOWREY LLP

DM US:20986648 1

1         approved by, BMW or that any of their products are otherwise authorized by

2         BMW.

3   3.   Defendants, in accordance with Section 34(a) of the United States Trademark Act, 15

4       U.S.C. § 1116(a), be required to file with the Court, and serve upon Plaintiffs, within

5       thirty (30) days after the entry and service on Defendants of an injunction, a report in

6       writing and under oath, setting forth in detail the manner and form in which Defendants

7       have complied with the terms of such injunction.

8   4.   Defendants be required to pay to BMW for their willful trademark infringement

9       and counterfeiting:

10     (a)   in accordance with Section 35 of the United States Trademark Act, 15 U.S.C. §

11          1117(b) and (c), an award of Defendants' profits and BMW's actual damages,

12          the greater of which being trebled, or statutory damages up to $1 million per

13          counterfeit mark per type of goods sold, offered for sale, or distributed by

14          Defendants, resulting from Defendants' intentional use of BMW's Roundel logo

15          on wheel rims that are not made or authorized by BMW;

16     (b)   in accordance with Section 35(a) of the United States Trademark Act, 15 U.S.C.

17          § 1117(a) and (b), an award of treble Plaintiffs' actual damages (including lost

18          trademark royalties) plus Defendants' profits resulting from Defendants' sale of

19          wheel rims that are not made or authorized by BMW in connection with BMW's

20          M Stripes logo and "BMW" word mark;

21     (c)   BMW's attorneys' fees and costs of this action;

22     (d)   punitive damages for Defendants' acts of unfair competition and infringement;

23          and

24     (e)   statutory damages of $100,000.00 relating to Defendants' unlawful acts of

25          cybersquatting.

26   5.   For their repeated, willful, and deliberate design patent infringement:

27

28

HOWREY LLP

DM US:20986648 1

1    (a)    Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC be held liable to

2    the extent of their total profits from design patent infringement, but not less than

3    $250 per infringing act, pursuant to 35 U.S.C. § 289; and

4    (b)    the Court award BMW treble damages, pursuant to 35 U.S.C. § 284, and

5    declare this case exceptional and award BMW its attorneys' fees pursuant to 35

6    U.S.C. § 285.

7    6.    Defendants, in accordance with Section 43(d) of the United States Trademark Act, 15

8    U.S.C. § 1125(d), be required to forfeit or cancel the www.eurotechbmw.com domain

9    name or transfer the same to BMW.

10    7.    BMW recover such other relief as the Court may deem appropriate.

Respectfully submitted,

Bobby A. Ghajar (S.B. No. 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

OF COUNSEL:
Kevin J. Healy, Esq.
BMW OF NORTH AMERICA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
Telephone: (201) 307-4000

Counsel for Plaintiff
BMW of North America, LLC

Dated: January 28, 2008

John G. Froemming, Esq. (*pro hac vice* application to be submitted)
Michael J. Bell, Esq. (*pro hac vice* application to be submitted)
David M. Jaquette, Esq. (*pro hac vice* application to be submitted)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Plaintiffs*
BMW of North America, LLC
and Bayerische Motoren Werke AG

-18-

HOWREY LLP

DM US:20986648 1

**EXHIBIT 1**

eBay Motors: 19 bmw 3 5 6 7 8 m z series wheels rims 325 330 525 540 (item 350014311489 end time Feb-10-08 13:21:08 PS...   Page 1 of 9

# eBay Motors
Sign in or register

| Buy | Sell | My eBay | Research | Help |

eBay Home | Site Map

| Cars & Trucks | Parts & Accessories | Motorcycles | Powersports | Boats | Other Vehicles |

| All of eBay Motors | Advanced Search

Back to list of items   Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 19"

## 19 bmw 3 5 6 7 8 m z series wheels rims 325 330 525 540
L@@K IN OUR EBAY STORE FOR DAILY BMW WHEEL SPECIALS

Item number: 350014311489

Buyer or seller of this item? Sign in for your status                    Watch this item in My eBay


View larger picture

| _Buy It Now_ price: | **US $795.00** | Buy It Now |
| | Get low monthly payments |
| Shipping costs: | **US $89.00** |
| | UPS Ground |
| | Service to United States |
| Ships to: | Worldwide |
| Item location: | San Diego, CA, United States |
| Quantity: | 19 available |
| History: | Purchases |
| You can also: | Watch This Item |
| | Get mobile or IM alerts  |  Email to a friend |

Listing and payment details:  Hide

**Meet the seller**

Seller:     eurotechwheels ( 2081 ☆ )
Feedback:  **99.4% Positive**
Member:   since Nov-15-01 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store  |  List
- Visit seller's Store:
  🏪 EuroTech Luxury Wheels

**Buy safely**

1. **Check the seller's reputation**
   Score: 2081  |  99.4% Positive
   See detailed feedback

2. **Check how you're protected**

http://cgi.ebay.com/ebaymotors/19-bmw-3-5-6-7-8-m-z-series-wheels-rims-325-330-525-540_W0QQcmdZViewItemQQcatego...   1/24/2008

EXHIBIT ___1___ PAGE 19

eBay Motors: 19 bmw 3 5 6 7 8 m z series wheels rims 325 330 525 540 (item 350014311489 end time Feb-10-08 13:21:08 PS...    Page 2 of 9

Starting time:    Jan-11-08 13:21:08 PST
Duration:    30-day listing

Payment methods:    **PayPal** (preferred),
    Money order/Cashiers
    check,
    Visa/MasterCard,
    American Express,
    Discover
    See details

**PayPal**    This item is covered **up to**
    $2000  See eligibility

Returns:    Seller accepts returns.
    7 Days Merchandise Credit

### Description

EuroTech Luxury Wheels

**eurotech wheels**

# 858.245.1802

**Visit my eBay Store:** EuroTech Luxury Wheels
BMW Wheels | Mercedes Wheels

EXHIBIT ___1___ PAGE 20

1/24/2008

# SET OF (4) BRAND NEW 19" BMW RIMS STAGGERED 19*8 & 19*9.5



http://www.eurotechwheels.com/820chrome19auction.jpg

EXHIBIT 1 PAGE 21

**Find more items from the same seller. Bid or Buy Now!**







17" Audi A4 A6 A8 S4 S6 RS4 RS6 quattro wheels rims

17 mercedes benz c cl clk e ml s sl slk amg wheels rims

18 Bmw 5 6 7 8 series M5 525 530 540 740 745 850 wheels

=Buy It Now        =Buy It Now        =Buy It Now
US $495.00      US $459.00      US $745.00
Time left: < 34 m    Time left: < 34 m    Time left: 2h 15m

Visit seller's Store

EXHIBIT ___1___ PAGE 22

## Shipping, payment details, and return policy

**Ships to**
Worldwide

**Shipping and Handling**

| Country: | United States ▾ | Quantity: | 1 | Update |
| --- | --- | --- | --- | --- |

| Shipping and Handling | Each Additional Item | To | Service |
| --- | --- | --- | --- |
| US $89.00 | Free | United States | UPS Ground<br>1 to 6 business days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

**Seller's payment instructions**
Thanks for your purchase. Please follow the links to checkout.

**Seller's return policy:**

| Item must be returned within: | 7 Days | Refund will be given as: | Merchandise Credit |
| --- | --- | --- | --- |

**Payment methods accepted**

*PayPal*
VISA ☐ ☐ DISCOVER BANK

• Money order/Cashiers check

EXHIBIT __1__ PAGE _23_

eBay Motors: 19 bmw 3 5 6 7 8 m z series wheels rims 325 330 525 540 (item 350014311489 end time Feb-10-08 13:21:08 PS...     Page 9 of 9

- Visa/MasterCard, American Express, Discover

Help

## Ready to Buy?

**Item title:** 19 bmw 3 5 6 7 8 m z series wheels rims 325 330 525 540

**Buy It Now**

=Buy It Now **price:**        US $795.00

**Your Quantity:**        x ⎢1

Buy It Now

You will confirm in the next step.

## What else can you do?

⊕ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Community | Security Center | Buyer Services | Policies | Government Relations | Site Map | Help

© 1995-2008 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered trademarks of Kelley Blue Book Co., Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC, all rights reserved. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

EXHIBIT ___ PAGE 24

eBay Motors: 19 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013394230 end time Jan-11-08 11:09:17 PST)

Seite 1 von 10

**ebY Motors**

| Home | Buy | Sell | My eBay |

eBay home | Pay | Register | Sign in | Site Map | Community | Help

Search eBay Motors [ ] Search | Advanced Search

Search eBay Motors [ ] Fraud Services & Protection | Invest A-thing

Back to list of items

Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 19"

Item number: 350013394230

**19 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims**
~~~SEE OUR EBAY STORE -TONS of 19" BMW WHEELS~~~

Watch this item in My eBay

Buyer or seller of this item? Sign in for your status



View larger picture

| | | |
|---|---|---|
| *Buy It Now* price: | **US $589.00** | Buy It Now > |
| | Get low monthly payments | |
| End time: | **3 hours 50 mins** (Jan-11-08 11:09:17 PST) | |
| Shipping costs: | US $89.00 UPS Ground Service to United States | |
| Ships to: | Worldwide | |
| Item location: | san diego, United States | |
| Quantity: | 10 available | |
| History: | Purchases | |

You can also: [ Watch This Item ]
Get mobile or IM alerts | Email to a friend

**Meet the seller**

Seller:   eurotechwheels ( 2049 ⭐)
Feedback: 99.3% Positive
Member:  since Nov-15-01 in United States
☞ See detailed feedback
☞ Ask seller a question
☞ Add to Favorite Sellers
☞ View seller's other items: Store | List
☞ Visit seller's Store:
    🏪 EuroTech Luxury Wheels

**Buy safely**

1. **Check the seller's reputation**
   Score: 2049 | 99.3% Positive
   See detailed feedback

2. **Check how you're protected**

   *PayPal* ™ This item is covered up to $2,000 See eligibility

   Returns:   Seller accepts returns. 7 Days Merchandise Credit

**Listing and payment details:**   Show

**Description**

http://cgi.ebay.com/ebaymotors/19-Bmw-5-6-7-8-series-525-530-540-545-740-wheels-rims-_W0QQcmdZViewItemQQcategoryZ43959QQihZ022QQite...    11.01.2008

EXHIBIT [ ] PAGE 25

Seite 2 von 10

eBay Motors: 19 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013394230 end time Jan-11-08 11:09:17 PST)

**EuroTech Luxury Wheels**

**eurotech wheels**

# 858.245.1802

Visit my eBay Store: EuroTech Luxury Wheels

BMW Wheels | Mercedes Wheels

**Search my eBay Store:**

| Search |

Add to Favorite Stores

EXHIBIT ___ PAGE 26

Seite 5 von 10

eBay Motors: 19 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013394230 end time Jan-11-08 11:09:17 PST)



SET OF FOUR BRAND NEW 19" BMW RIMS
POLISHED LIP- CENTER CAPS INCLUDED

http://cgi.ebay.com/ebaymotors/19-Bmw-5-6-7-8-series-525-530-540-545-740-wheels-rims_W0QQcmdZViewItemQQcategoryZ43959QQihZ0220Qite... 11.01.2008

EXHIBIT ___1___ PAGE ___27___

Seite 8 von 10

eBay Motors: 19 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013394230 end time Jan-11-08 11:09:17 PST)

**Find more items from the same seller. Bid or Buy Now!**



17" Audi A4 A6 A8 S4 S6 RS4 RS6 quattro wheels rims

*=Buy it Now*    US $495.00

Time left:    < 50 m



18 Lexus is250 is350 gs300 400 gs430 sc ls wheels rims

*=Buy it Now*    US $495.00

Time left:    1h 49m



18 Bmw 5 6 7 8 series M5 525 530 540 740 745 850 wheels

*=Buy it Now*    US $745.00

Time left:    2h 31m



18 8.5/9.5 Chrome Bmw 3 5 6 7 8 M Z Series Wheels Rims

*=Buy it Now*    US $659.00

Time left:    2h 49m

🔲 Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

Country: | United States ▾ |    Quantity: | 1 |    | Update |

Each Additional Item    To

Shipping and Handling

US $89.00    + $89.00    United States

**Shipping insurance**
Included (in the shipping and handling cost)

Service

UPS Ground
1 to 6 business days*

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

http://cgi.ebay.com/ebaymotors/19-Bmw-5-6-7-8-series-525-530-540-545-740-wheels-rims_W0QQcmdZViewItemQQcategoryZ43959QQihZ022QQite...    11.01.2008

EXHIBIT __1__ PAGE 28

Seite 9 von 10

eBay Motors: 19 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013394230 end time Jan-11-08 11:09:17 PST)

**Sales tax**

Seller charges sales tax for items shipped to: CA (7.750%).

**Return policy**

| | | |
|---|---|---|
| **Item must be returned within:** | 7 Days | |
| **Refund will be given as:** | Merchandise Credit | |

**Payment details**

| **Payment method** | | **Preferred/Accepted** |
|---|---|---|
| PayPal  VISA  DISCOVER  BANK | | **Seller Preferred** |
| Personal check | | Accepted |
| Money order/Cashiers check | | Accepted |
| Visa/MasterCard, American Express, Discover | | Accepted |

**Seller's payment instructions**
Thanks for your purchase. Please follow links to checkout.

**Take action on this item**

Item title: **19 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims**

Help

http://cgi.ebay.com/ebaymotors/19-Bmw-5-6-7-8-series-525-530-540-545-740-wheels-rims_W0QQcmdZViewItemQQcategoryZ43959QQihZ022QQite...     11.01.2008

EXHIBIT __|__ PAGE _29_

eBay Motors: 19 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013394230 end time Jan-11-08 11:09:17 PST)

**Buy It Now**

*Buy It Now* price:   **US $589.00**

Your Quantity:   x  1

Buy It Now >      You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

**Other options**

⏎ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Announcements | Security Center | Buyer Services & Protection | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

EXHIBIT ___ PAGE 30

eBay Motors: 18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims (item 350013389915 end time Jan-11-08 10:57:01 PST)

Seite 1 von 9

eBay **Motors**

eBay home | Pay | Register | Sign in | Site Map | Community | Help

Search eBay Motors [                    ]    Search | Advanced Search

| Home | Buy | Sell | My eBay |

Back to list of items

Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 18"

Buyer Services & Protection    Tips & Advice

Item number: 350013389915

Watch this item in My eBay

**18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims**
~~LOWEST PRICES, $AME DAY $/H - ~~$EE OUR EBAY $TORE~~

Buyer or seller of this item? Sign in for your status

View larger picture



|  |  |  |
|---|---|---|
| *=Buy It Now* price: | US $395.00 | Buy It Now > |
|  | Get low monthly payments |  |
| End time: | 3 hours 38 mins (Jan-11-08 10:57:01 PST) |  |
| Shipping costs: | US $89.00 | |
|  | UPS Ground | |
|  | Service to United States | |
| Ships to: | Worldwide | |
| Item location: | san diego, United States | |
| Quantity: | 10 available | |
| History: | Purchases | |

You can also:    Watch This Item
Get mobile or IM alerts | Email to a friend

**Meet the seller**

Seller:    eurotechwheels ( 2049 ★ )
Feedback: 99.3% Positive
Member:    since Nov-15-01 in United States
::    See detailed feedback
::    Ask seller a question
::    Add to Favorite Sellers
::    View seller's other items: Store | List
::    Visit seller's Store:
         EuroTech Luxury Wheels

**Buy safely**

1. **Check the seller's reputation**
   Score: 2049 | 99.3% Positive
   See detailed feedback

2. **Check how you're protected**

   **PayPal** This item is covered up to $2,000 See
            eligibility

   Returns:    Seller accepts returns.
               7 Days Merchandise Credit

Listing and payment details:    Show

**Description**

http://cgi.ebay.com/ebaymotors/18-Bmw-3-M3-318-e90-320-323-325-328-330-335-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022Q...    11.01.2008

Seite 2 von 9

eBay Motors: 18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims (item 350013389915 end time Jan-11-08 10:57:01 PST)

EuroTech Luxury Wheels

**eurotech wheels**

# 858.245.1802

**Visit my eBay Store:** 🏠 EuroTech Luxury Wheels

BMW Wheels | Mercedes Wheels

**Search my eBay Store:**

Search

Add to Favorite Stores

EXHIBIT ____ PAGE 32

Scite 5 von 9

eBay Motors: 18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims (item 350013389915 end time Jan-11-08 10:57:01 PST)



## SET OF (4) BRAND NEW 18" BMW RIMS CENTER CAPS INCLUDED

## ——Each Bid Buys a Set of 4 Wheels/Caps——

...ttp://cgi.ebay.com/ebaymotors/18-Bmw-3-M3-318-e90-320-323-325-328-330-335-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022Q...    11.01.2008

EXHIBIT 1 PAGE 23

eBay Motors: 18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims (item 350013389915 end time Jan-11-08 10:57:01 PST)

powered by
channeladvisor



EXHIBIT __ PAGE 24

Seite 7 von 9

eBay Motors: 18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims (item 350013389915 end time Jan-11-08 10:57:01 PST)

**Find more items from the same seller. Bid or Buy Now!**



**17" Audi A4 A6 A8 S4 S6 RS4 RS6 quattro wheels rims**

*Buy It Now* US $495.00

Time left:  < 51 m



**19 Bmw 3 M3 318 e46 318 320 323 325 328 330 wheels rims**

*Buy It Now* US $795.00

Time left:  1h 50m



**19 black mercedes c clk e mlr s sl slk amg wheels rims**

*Buy It Now* US $695.00

Time left:  2h 50m



**17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims**

*Buy It Now* US $675.00

Time left:  3h 20m

🔲 Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

| Country: | United States ⌄ | Quantity: | 1 | Update |

| | Each Additional Item | To |
|---|---|---|
| Shipping and Handling | | United States |
| US $89.00 | + $89.00 | |

**Service**
UPS Ground
1 to 5 business days*

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Included (in the shipping and handling cost)

**Sales tax**

...ttp://cgi.ebay.com/ebaymotors/18-Bmw-3-M3-318-e90-320-323-325-328-330-335-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022Q...    11.01.2008

EXHIBIT  1  PAGE 25

Seite 8 von 9

eBay Motors: 18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims (item 350013389915 end time Jan-11-08 10:57:01 PST)

Seller charges sales tax for items shipped to: CA (7.750%).

## Return policy

| | |
|---|---|
| Item must be returned within: | 7 Days |
| Refund will be given as: | Merchandise Credit |

## Payment details

**Payment method**                                          **Preferred/Accepted**



PayPal                                                       Seller Preferred

Personal check                                               Accepted

Money order/Cashiers check                                   Accepted

Visa/MasterCard, American Express, Discover                  Accepted

**Seller's payment instructions**
Thanks for your purchase. Please follow links to checkout.

## Take action on this item

Item title: 18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims

**Buy It Now**

~~Buy It Now price~~   US $395.00

http://cgi.ebay.com/ebaymotors/18-Bmw-3-M3-318-e90-320-323-325-328-330-335-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022Q...     11.01.2008

EXHIBIT 1 PAGE 20

Seite 9 von 9

eBay Motors: 18 Bmw 3 M3 318 e90 320 323 325 328 330 335 wheels rims (item 350013389915 end time Jan-11-08 10:57:01 PST)

Your Quantity:        x  [1]

Buy It Now >        You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

**Other options**

Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Announcements | Security Center | Buyer Services & Protection | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

...ttp://cgi.ebay.com/ebaymotors/18-Bmw-3-M3-318-e90-320-323-325-328-330-335-wheels-rims_W0QQemdZViewItemQQcategoryZ43958QQihZ022Q...     11.01.2008

**EXHIBIT A**



US00D515491S

(12) **United States Design Patent**　(10) Patent No.:　　US D515,491 S
Elmitt　(45) Date of Patent:　**＊＊** Feb. 21, 2006

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: Karl John Elmitt, Eching (DE)

(73) Assignee: Bayerische Motoren Werke Aktiengesellschaft, Munich (DE)

(**) Term: 14 Years

(21) Appl. No.: 29/224,578

(22) Filed: Mar. 4, 2005

(30) **Foreign Application Priority Data**

Sep. 7, 2004　(DE) ........................................ 4 04 05 166

(51) LOC (8) Cl. ................................................... 12-16
(52) U.S. Cl. ...................................................... D12/209
(58) Field of Classification Search ........ D12/204–213; 301/37.101, 64.101, 65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D416,532 S | * 11/1999 | Cullen | D12/209 |
| D421,417 S | * 3/2000 | Weidhase | D12/209 |
| D432,973 S | * 10/2000 | Fitzgerald | D12/209 |
| D433,659 S | * 11/2000 | Frizzi | D12/211 |
| D460,940 S | * 7/2002 | Chung | D12/209 |
| D463,349 S | * 9/2002 | Vian | D12/209 |
| D466,853 S | * 12/2002 | Maifrini | D12/211 |
| D472,866 S | * 4/2003 | Pfeiffer et al. | D12/211 |
| D486,770 S | * 2/2004 | Pollmann | D12/209 |
| D489,309 S | * 5/2004 | Laengerer | D12/211 |
| D500,277 S | * 12/2004 | Kataoka | D12/209 |
| D503,669 S | * 4/2005 | Bhambra | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57) **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle wheel according to my novel design.
The broken lines are for illustrative purposes only and form no part of the claimed design.

1 Claim, 1 Drawing Sheet



EXHIBIT 2A PAGE 28

**U.S. Patent**          Feb. 21, 2006          US D515,491 S



FIG . 1



FIG . 2

EXHIBIT 24 PAGE 39



EXHIBIT _____ PAGE _____

http://www.eurotechwheels.com/960chrome18gallery.jpg                    1/21/2008

**e**b**Y Motors**

Sign in or register

Buy    Sell    My eBay    Research    Help

eBay Home | Site Map

Cars & Trucks    Parts & Accessories    Motorcycles    Powersports    Boats    Other Vehicles

| All of eBay Motors |

Advanced Search

Back to list of items    Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 18"

## 18 bmw 3 M3 318 320 323 325 328 330 e46 e90 wheels rims

~~~***AWESOME BMW SPECI@LS L@@K IN OUR EBAY STORE***~~~

Item number: 350014310611

**Buyer or seller of this item?** Sign in for your status

Watch this item in My eBay



View larger picture

=Buy It Now price: **US $689.00**    **Buy It Now**

Get low monthly payments

Shipping costs: **US $89.00**
UPS Ground
Service to United States

Ships to:    Worldwide

Item location:    San Diego, CA, United States

Quantity:    20 available

History:    Purchases

You can also:    **Watch This Item**

Get mobile or IM alerts | Email to a
friend

**Listing and payment details:**    Hide

**Meet the seller**

Seller:    eurotechwheels ( 2073 ☆ )
Feedback: **99.4% Positive**
Member:    since Nov-15-01 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  ▣ **EuroTech Luxury Wheels**

**Buy safely**

1. **Check the seller's reputation**
   Score: 2073 | 99.4% Positive
   See detailed feedback

2. **Check how you're protected**

| | | |
|---|---|---|
| Starting time: | Jan-11-08 13:17:56 PST | |
| Duration: | 30-day listing | |

| Payment methods: | **PayPal** (preferred), |
|---|---|
| | Money order/Cashiers check, |
| | Visa/MasterCard, |
| | American Express, |
| | Discover |
| | See details |

**PayPal**  This item is covered **up to $2000**  See eligibility

Returns:  Seller accepts returns.
7 Days Merchandise Credit

## Description

**EuroTech Luxury Wheels**

**eurotech wheels**

## 858.245.1802

**Visit my eBay Store:** EuroTech Luxury Wheels

BMW Wheels | Mercedes Wheels

EXHIBIT 2B PAGE 42

eBay Motors: 18 bmw 3 M3 318 320 323 325 328 330 e46 e90 wheels rims (item 350014310611 end time Feb-10-08 13:17:56 ...   Page 4 of 8



## New Set of 18" Chrome EuroTech Whee
## BMW Center Caps Included

## ------Each Bid Buys a Set of 4 Wheels/Caps



http://cgi.ebay.com/ebaymotors/18-bmw-3-M3-318-320-323-325-328-330-e46-e90-wheels-rims_W0QQcmdZViewItemQQcate...   1/21/2008

EXHIBIT _2B_ PAGE _43_

eBay Motors: 18 bmw 3 M3 318 320 323 325 328 330 e46 e90 wheels rims (item 350014310611 end time Feb-10-08 13:17:56 ...     Page 6 of 8

## Find more items from the same seller. Bid or Buy Now!

17 mercedes benz c cl clk e ml s sl slk amg wheels rims



*Buy It Now*     US $459.00

Time left:     < 25 m

17" Audi A4 A6 A8 S4 S6 RS4 RS6 quattro wheels rims



*Buy It Now*     US $495.00

Time left:     < 25 m

19 Bmw 3 M3 318 e46 318 320 323 325 328 330 wheels rims



*Buy It Now*     US $795.00

Time left:     1h 24m

Visit seller's Store

## Shipping, payment details, and return policy

### Ships to
Worldwide

### Shipping and Handling

| Country: | United States | Quantity: | 1 | Update |

| Shipping and Handling | Each Additional Item | To |
| --- | --- | --- |
| US $89.00 | Free | United States |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, pai

Sen

UPS
1 to 6

EXHIBIT 22 PAGE 44

EXHIBIT 3

**EXHIBIT A**



US00D514999S

(12) **United States Design Patent**
Boyer

(10) Patent No.: **US D514,999 S**

(45) Date of Patent: ** Feb. 14, 2006

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: Boyke Boyer, Ismaning (DE)

(73) Assignee: Bayerische Motoren Werke Aktiengesellschaft, Munich (DE)

(**) Term: 14 Years

(21) Appl. No.: 29/182,331

(22) Filed: May 27, 2003

(30) **Foreign Application Priority Data**

Nov. 25, 2002 (DE) ...................................... 4 02 09 836

(51) LOC (8) Cl. .................................................. 12-16
(52) U.S. Cl. ...................................................... D12/209
(58) Field of Classification Search ........ D12/204–213;
301/37.101, 64.101, 65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D409,968 S | * | 5/1999 | Goplen | D12/211 |
| D447,106 S | * | 8/2001 | Chung | D12/209 |
| D471,144 S | * | 3/2003 | Pfeiffer | D12/209 |
| D476,284 S | * | 6/2003 | Pfeiffer et al. | D12/211 |
| D479,177 S | * | 9/2003 | Nordmann | D12/211 |
| D494,523 S | * | 8/2004 | Koenigsberg | D12/209 |
| D502,137 S | * | 2/2005 | Blum | D12/211 |
| D504,099 S | * | 4/2005 | Boyer | D12/211 |
| D504,651 S | * | 5/2005 | Johnson | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57) **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle wheel according to my novel design.
The broken lines are for illustrative purposes only and form no part of the claimed design.

1 Claim, 1 Drawing Sheet



**U.S. Patent**          Feb. 14, 2006          **US D514,999 S**



FIG. 1



FIG. 2

EXHIBIT 3A PAGE 46



# ebaY Motors

Sign in or register

Buy   Sell   My eBay   Research   Help

eBay Home | Site Map

| All of eBay Motors | (SEARCH) | Advanced Search |

| Cars & Trucks | Parts & Accessories | Motorcycles | Powersports | Boats | Other Vehicles |

Back to list of items    Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 17"

**17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims**
~1~ TIME CLEARANCE ***SALE***L@@K AT OUR EBAY STORE

Item number: 350014310965

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay



View larger picture

| | | |
|---|---|---|
| ~~Buy it Now~~ price: | **US $475.00** | **Buy It Now** |
| | Get low monthly payments | |
| Shipping costs: | **US $89.00** UPS Ground Service to United States | |
| Ships to: | Worldwide | |
| Item location: | San Diego, CA, United States | |
| Quantity: | 20 available | |
| History: | Purchases | |
| You can also: | **Watch This Item** | |
| | Get mobile or IM alerts | Email to a friend | |

**Meet the seller**

Seller:       eurotechwheels ( 2073 ☆ )
Feedback: **99.4% Positive**
Member:   since Nov-15-01 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🏪 EuroTech Luxury Wheels

**Buy safely**

1. **Check the seller's reputation**
   Score: 2073 | 99.4% Positive
   See detailed feedback

2. **Check how you're protected**

**Listing and payment details:**   **Hide**

EXHIBIT 3B PAGE 48

eBay Motors: 17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims (item 350014310965 end time Feb-10-08 13:19:10 P...     Page 2 of 8

Starting time:  Jan-11-08 13:19:10 PST
Duration:       30-day listing

Payment methods:  **PayPal** (preferred),
                  Money order/Cashiers
                  check,
                  Visa/MasterCard,
                  American Express,
                  Discover
                  See details

**PayPal**  This item is covered **up to**
            **$2000** See eligibility

Returns:    Seller accepts returns.
            7 Days Merchandise Credit

**Description**

**EuroTech Luxury Wheels**

eurotech wheels

**858.245.1802**

**Visit my eBay Store:** EuroTech Luxury Wheels
BMW Wheels | Mercedes Wheels

EXHIBIT 3B PAGE 49

eBay Motors: 17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims (item 350014310965 end time Feb-10-08 13:19:10 P...     Page 4 of 8

## AND BID CONFIDENTLY ON A GREAT PRODUCT!

☺ The best in the bussiness .awesome chrome finish and super fast shipping A+++++     supersport9000  (

☺ wheel are some of the best I have seen. Thanks eurotech.                                    hls520  (14 ☆ )

☺ WOW!!! Awesome rims. Awesome service. Never seen my car look better. A+++     elc141t8  (59 ★ )

☺ Absolutely beautiful rims, look really expensive! Compliments right out of box!!     harpc  (326 ☆ )

☺ WOW I AM VERY IMPRESSED. THESE ARE THE BEST WHEELS EVER! Quick     smellody  (215 ⭐ )

☺ VERY VERY HAPPY. YOU MADE MY MERCEDEZ COMPLETE AAA+++SELLER     dohnmdvr  (371 ⭐ )

☺ Great wheels at a great price! Service is A++!! Seller is at the top of my list!     dwright14u  (2 )

☺ Amazing seller, Good customer care, available all the time , fast shipping.     khaled_nn  (6 )

☺ Quick shipment to HK. Why would anyone pay 10 times more from the dealer?     snakeyeveg  (57 ★ )

☺ Best deal in the world on mercedes benze wheels I highly recomend them.     drae1986  (139

☺ thanks the rims look great!!! people cant stop staring. AAAAAAA+++++++     dmack320  (1 )

☺ GREAT RIMS, HAD PROBLEM WITH ONE,RYAN SENT ANOTHER RIM AT NO     captainstarmark  (
CHARGE. A+++++++

☺ WOW!! MORE THAN I EXPECTED!!! YOU HAVE EARNED A CUSTOMER 4 LIFE     jdcristo  (112 ☆ )

☺ Excellent service, fast delivery, perfect fitment, nice quality. Thanks     Buyer     carajito734  (70 ★ )     799
alot!!!

☺ Awesome, dramatically changed the look for the better. All that i     Buyer     taylorh473  (3 )     800
expected plus.

☺ your first priority was to make sure i was priority, im loving the     Buyer     jblamont  (20 ☆ )     79c
chrome rims,
chrome rims,

# SAME FIT/QUALITY AS YOUR FACTORY RIMS
# GUARANTEED OR YOUR MONEY BACK

EXHIBIT ___ PAGE ___

eBay Motors: 17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims (item 350014310965 end time Feb-10-08 13:19:10 P...    Page 6 of 8

**Find more items from the same seller. Bid or Buy Now!**







19 Bmw 3 M3 318 e46 318 320 323 325 328 330 wheels rims

18 Bmw 5 6 7 8 series M5 525 530 540 740 745 850 wheels

18 8 5/9.5 Chrome Bmw 3 5 6 7 8 M Z Series Wheels Rims

*=Buy It Now*   US $795.00

*=Buy It Now*   US $745.00

*=Buy It Now*   US $659.00

Time left:    1h 11m

Time left:    1h 53m

Time left:    2h 11m

🏪 Visit seller's Store

EXHIBIT 3B PAGE 51

## Shipping, payment details, and return policy

**Ships to**
Worldwide

**Shipping and Handling**

| Country: | United States ▾ | Quantity: | 1 | Update |
| --- | --- | --- | --- | --- |

| Shipping and Handling | Each Additional Item | To | Service |
| --- | --- | --- | --- |
| US $89.00 | Free | United States | UPS Ground<br>1 to 6 business days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

**Seller's payment instructions**
Thanks for your purchase. Please follow the links to checkout.

**Seller's return policy:**
Item must be    7 Days    Refund will be    Merchandise Credit
returned within:                             given as:

**Payment methods accepted**

- **PayPal** [MasterCard] [VISA] [DISCOVER] [BANK]
- Money order/Cashiers check

EXHIBIT 3B PAGE 52

eBay Motors: 17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims (item 350014310965 end time Feb-10-08 13:19:10 P...     Page 8 of 8

- Visa/MasterCard, American Express, Discover

Help

## Ready to Buy?

**Item title:** 17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims

**Buy It Now**

*Buy It Now* **price:**     US $475.00

**Your Quantity:**     x | 1

**Buy It Now**

You will confirm in the next step.

## What else can you do?

↺ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Community | Security Center | Buyer Services | Policies | Government Relations | Site Map | Help

© 1995-2008 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered trademarks of Kelley Blue
Book Co. Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC, all rights reserved. Use of this Web site constitutes
acceptance of the eBay User Agreement and Privacy Policy.

http://cgi.ebay.com/ebaymotors/17-Bmw-5-6-7-8-series-525-530-540-545-745-m-wheels-rims_W0QQcmdZViewItemQQcateg...     1/21/2008

EXHIBIT 3B PAGE 53

**EXHIBIT A**



US00D504382S

(12) **United States Design Patent**
Elmitt

(10) Patent No.:     US D504,382 S
(45) Date of Patent:     ** Apr. 26, 2005

(54) FRONT FACE OF A VEHICLE WHEEL

(75) Inventor:   Karl John Elmitt, Eching (DE)

(73) Assignee:   Bayerische Motoren Werke
Aktiengesellschaft, Munich (DE)

(**) Term:   14 Years

(21) Appl. No.: 29/202,528

(22) Filed:   Apr. 1, 2004

(30)   Foreign Application Priority Data

Oct. 2, 2003   (DE) ................................. 40306561

(51) LOC (7) Cl. ................................... 12-16
(52) U.S. Cl. ..................................... D12/211
(58) Field of Search ................................ D12/204–213;
301/37.101, 64.101, 65

(56)   References Cited

U.S. PATENT DOCUMENTS

D414,454 S  *  9/1999  Chung ..................... D12/211
D451,467 S  *  12/2001  Chung ..................... D12/211

D457,119 S  *  5/2002  Braun et al. ................ D12/211
D473,836 S  *  4/2003  Laengerer ................... D12/211
D486,115 S  *  2/2004  Chung ...................... D12/211
D487,420 S  *  3/2004  Kang ....................... D12/211
D490,760 S  *  6/2004  Sands ...................... D12/209
D497,870 S  *  11/2004  Cahyono ................... D12/211

* cited by examiner

Primary Examiner—Stacia Cadmus
(74) Attorney, Agent, or Firm—Crowell & Moring LLP

(57)   CLAIM

The ornamental design for a front face of a vehicle wheel,
as shown and described.

DESCRIPTION

FIG. 1 is a front view of a front face of a vehicle wheel
according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle
wheel according to my novel design.
The broken lines are for illustrative purposes only and form
no part of the claimed design.

1 Claim, 1 Drawing Sheet



**U.S. Patent**     Apr. 26, 2005     US D504,382 S



FIG. 1

FIG. 2

EXHIBIT 4A PAGE 55



eBay Motors: 18 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013378509 end time Jan-11-08 10:26:45 PST)

Seite 1 von 9

# eb**Y** Motors

| Home | Buy | Sell | My eBay |

Search eBay Motors | Start new search    Search   Advanced Search

Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 18"

🐾 Back to list of items

Item number: 350013378509

**18 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims**
~SEE OUR EBAY STORE - WE'LL BEAT ANY PRICE, GUARANTEED~

Watch this item in My eBay

Buyer or seller of this item? Sign in for your status



View larger picture

| | |
|---|---|
| *Buy It Now* price: | **US $725.00**    Buy It Now > |
| | Get low monthly payments |
| End time: | **3 hours 10 mins** (Jan-11-08 10:26:45 PST) |
| Shipping costs: | **US $89.00** |
| | UPS Ground |
| | Service to United States |
| Ships to: | Worldwide |
| Item location: | san diego, United States |
| Quantity: | 10 available |
| History: | Purchases |

You can also:    Watch This Item
Get mobile or IM alerts | Email to a friend

**Listing and payment details:**    Show

**Description**

**Meet the seller**

Seller:    eurotechwheels ( 2049 ☆ )
Feedback: 99.3% Positive
Member:    since Nov-15-01 in United States
- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🏬 EuroTech Luxury Wheels

**Buy safely**

1. **Check the seller's reputation**
   Score: 2049 | 99.3% Positive
   See detailed feedback

2. **Check how you're protected**
   **PayPal** This item is covered up to $2,000 See eligibility

   Returns:    Seller accepts returns.
   7 Days Merchandise Credit

ttp://cgi.ebay.com/ebaymotors/18-Bmw-5-6-7-8-series-525-530-540-545-740-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...    11.01.2008

EXHIBIT __ PAGE __

Seite 2 von 9

eBay Motors: 18 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013378509 end time Jan-11-08 10:26:45 PST)

**Search my eBay Store:**

Search

Add to Favorite Stores

**Visit my eBay Store:** 🏬 EuroTech Luxury Wheels

BMW Wheels | Mercedes Wheels

EuroTech Luxury Wheels

eurotech wheels

858.245.1802

EXHIBIT 4B PAGE 58

eBay Motors: 18 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013378509 end time Jan-11-08 10:26:45 PST)

## SET OF (4) BRAND NEW 18" BMW RIMS
## STAGGERED OEM DESIGN

## ----Each Bid Buys a Set of 4 Wheels/Caps----





Seite 7 von 9

eBay Motors: 18 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013378509 end time Jan-11-08 10:26:45 PST)

## Find more items from the same seller. Bid or Buy Now!



17" Audi A4 A6 A8 S4 S6 RS4 RS6 quattro wheels rims

*Buy It Now* US $495.00
Time left: < 53 m



19 Bmw 3 M3 318 e46 318 320 323 325 328 330 wheels rims

*Buy It Now* US $795.00
Time left: 1h 52m



19 black mercedes c clk e mlr s sl slk amg wheels rims

*Buy It Now* US $695.00
Time left: 2h 52m



17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims

*Buy It Now* US $675.00
Time left: 3h 22m

Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

| | Quantity: | 1 | | Update |
|---|---|---|---|---|

| Country: | United States | ▼ |
|---|---|---|

| | Each Additional Item | To |
|---|---|---|
| Shipping and Handling | | United States |
| US $89.00 | + $89.00 | |

Service

UPS Ground
1 to 6 business days*

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Included (in the shipping and handling cost)

**Sales tax**

EXHIBIT 4B PAGE 60

http://cgi.ebay.com/ebaymotors/18-Bmw-5-6-7-8-series-525-530-540-545-740-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...   11.01.2008

Seite 8 von 9

eBay Motors: 18 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013378509 end time Jan-11-08 10:26:45 PST)

Seller charges sales tax for items shipped to: CA (7.750%).

## Return policy

| | | |
|---|---|---|
| **Item must be returned within:** | 7 Days | |
| **Refund will be given as:** | Merchandise Credit | |

## Payment details

| **Payment method** | | **Preferred/Accepted** |
|---|---|---|
| PayPal VISA [cards] BANK | | **Seller Preferred** |
| Personal check | | Accepted |
| Money order/Cashiers check | | Accepted |
| Visa/MasterCard, American Express, Discover | | Accepted |

**Seller's payment instructions**
Thanks for your purchase. Please follow links to checkout.

## Take action on this item

**Item title: 18 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims**

**Buy It Now**

Buy It Now price:      US $725.00

Help

http://cgi.ebay.com/ebaymotors/18-Bmw-5-6-7-8-series-525-530-540-545-740-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...      11.01.2008

EXHIBIT _____ PAGE _____

Seite 9 von 9

eBay Motors: 18 Bmw 5 6 7 8 series 525 530 540 545 740 wheels rims (item 350013378509 end time Jan-11-08 10:26:45 PST)

Your Quantity:    x  [1]

Buy It Now >    You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

**Other options**

⊕ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Announcements | Security Center | Buyer Services & Protection | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

http://cgi.ebay.com/ebaymotors/18-Bmw-5-6-7-8-series-525-530-540-545-740-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...    11.01.2008

EXHIBIT 42 PAGE 62

EXHIBIT 5

EXHIBIT A



US00D493404S1

(12) **United States Design Patent**
Baum

(10) Patent No.: **US D493,404 S**
(45) Date of Patent: **  Jul. 27, 2004**

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: Stephan Baum, Olching (DE)

(73) Assignee: Bayerische Motoren Werke Aktiengesellschaft, Munich (DE)

(**) Term: 14 Years

(21) Appl. No.: 29/182,333

(22) Filed: May 27, 2003

(30)        Foreign Application Priority Data

Nov. 25, 2002  (DE) ........................................ 4 02 09 836

(51) LOC (7) Cl. ...................................................... 12-16
(52) U.S. Cl. ...................................................... D12/211
(58) Field of Search ................................. D12/204–213;
301/37.101, 64.101, 65

(56)                References Cited

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D368,464 | S | * 4/1996 | Morley et al. ............. | D12/209 |
| D405,749 | S | * 2/1999 | Kulla ........................ | D12/211 |
| D409,132 | S | * 5/1999 | Cullen ...................... | D12/211 |
| D410,426 | S | * 6/1999 | Frizzi ....................... | D12/211 |
| D416,849 | S | * 11/1999 | Weidhase ................. | D12/211 |
| D428,379 | S | * 7/2000 | Donikoglu ................. | D12/211 |
| D438,503 | S | 3/2001 | Syring ...................... | D12/211 |

| | | | | |
|---|---|---|---|---|
| D441,339 | S | * 5/2001 | Hussaini et al. ............ | D12/211 |
| D457,119 | S | * 5/2002 | Braun et al. ............... | D12/211 |
| D460,733 | S | * 7/2002 | Bintoro .................... | D12/211 |
| D460,942 | S | * 7/2002 | Lee .......................... | D12/211 |
| D466,070 | S | * 11/2002 | Lee .......................... | D12/211 |
| D468,250 | S | * 1/2003 | Donikoglu ................. | D12/209 |
| D473,836 | S | * 4/2003 | Laengerer ................. | D12/211 |
| D474,440 | S | * 5/2003 | Oh ........................... | D12/211 |
| D480,035 | S | * 9/2003 | Frohlich .................... | D12/211 |
| D480,036 | S | * 9/2003 | Laengerer ................. | D12/211 |
| D482,309 | S | * 11/2003 | Sulahian ................... | D12/211 |
| D483,714 | S | * 12/2003 | Warning ................... | D12/211 |
| D484,447 | S | * 12/2003 | Warning ................... | D12/211 |
| D486,111 | S | * 2/2004 | Weidhase ................. | D12/211 |

* cited by examiner

*Primary Examiner—Stacia Cadmus*
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)                **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle wheel according to my novel design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**              Jul. 27, 2004              US D493,404 S



FIG. 1



FIG. 2

EXHIBIT *SA* PAGE 64



EXHIBIT _SB_ PAGE _65_     1/21/2008

eBay Motors: 18 bmw 3 series 325 330 m3 e46 e90 z3 328 wheels rims (item 350013385158 end time Jan-11-08 10:44:46 PST)

Seite 1 von 10

# ebY Motors

eBay home | Pay | Register | Sign in | Site Map | Community | Help

Search | Advanced Search

Buyer Services & Protection | Tips & Advice

Search eBay Motors

Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 18"

Item number: 350013385158

⊕ Back to list of items

**18 bmw 3 series 325 330 m3 e46 e90 z3 328 wheels rims**
~~L@@K IN OUR EBAY STORE - TONS OF GREAT BMW WHEELS~~

Watch this item in My eBay

Buyer or seller of this item? Sign in for your status

|  |  |  |
|---|---|---|
| Buy It Now price: | **US $595.00** | Buy It Now > |
|  | Get low monthly payments |  |
| End time: | 3 hours 27 mins (Jan-11-08 10:44:46 PST) |  |
| Shipping costs: | US $89.00 |  |
|  | UPS Ground |  |
|  | Service to United States |  |
| Ships to: | Worldwide |  |
| Item location: | san diego, United States |  |
| Quantity: | 10 available |  |
| History: | Purchases |  |

You can also: 
Watch This Item
Get mobile or IM alerts | Email to a friend

View larger picture

· Listing and payment details:  Show

# Description

## Meet the seller

Seller:   eurotechwheels ( 2049 ☆ )
Feedback: 99.3% Positive
Member:  since Nov-15-01 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  EuroTech Luxury Wheels

## Buy safely

1. **Check the seller's reputation**
   Score: 2049 | 99.3% Positive
   See detailed feedback

2. **Check how you're protected**

   *PayPal* This item is covered up to $2,000 See eligibility

   Returns:  Seller accepts returns.
   7 Days Merchandise Credit

http://cgi.ebay.com/ebaymotors/18-bmw-3-series-325-330-m3-e46-e90-z3-328-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...   11.01.2008

EXHIBIT 5B PAGE 66

Seite 2 von 10

eBay Motors: 18 bmw 3 series 325 330 m3 e46 e90 z3 328 wheels rims (item 350013385158 end time Jan-11-08 10:44:46 PST)

EuroTech Luxury Wheels

eurotech wheels
858.245.1802

**Visit my eBay Store:** ⬚ EuroTech Luxury Wheels

BMW Wheels | Mercedes Wheels

**Search my eBay Store:**

[ Search ]

Add to Favorite Stores

http://cgi.ebay.com/ebaymotors/18-bmw-3-series-325-330-m3-e46-e90-z3-328-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...    11.01.2008

EXHIBIT *SB* PAGE *67*

eBay Motors: 18 bmw 3 series 325 330 m3 e46 e90 z3 328 wheels rims (item 350013385158 end time Jan-11-08 10:44:46 PST)



## SET OF (4) NEW CHROME 18" BMW RIMS EXACT FACTORY REPLICAS- CAPS INCLUDED

EXHIBIT 5B PAGE 68

Seite 8 von 10

eBay Motors: 18 bmw 3 series 325 330 m3 c46 e90 z3 328 wheels rims (item 350013385158 end time Jan-11-08 10:44:46 PST)

**Find more items from the same seller. Bid or Buy Now!**



17" Audi A4 A6 A8 S4 S6 RS4 RS6 quattro wheels rims

*Buy It Now*  US $495.00

Time left:    < 52 m



19 Bmw 3 M3 318 e46 318 320 323 325 328 330 wheels rims

*Buy It Now*  US $795.00

Time left:    1h 51m



19 black mercedes c clk e ml r s sl slk amg wheels rims

*Buy It Now*  US $695.00

Time left:    2h 51m



17 Bmw 5 6 7 8 series 525 530 540 545 745 m wheels rims

*Buy It Now*  US $675.00

Time left:    3h 21m

📷 Visit seller's Store

## Shipping and handling

**Ships to**
Worldwide

| Country: | United States | Quantity: | 1 | Update |

| Shipping and Handling | Each Additional Item | To |
| US $89.00 | + $89.00 | United States |

**Service**

UPS Ground
1 to 6 business days*

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Included (in the shipping and handling cost)

**Sales tax**

http://cgi.ebay.com/ebaymotors/18-bmw-3-series-325-330-m3-e46-e90-z3-328-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...    11.01.2008

EXHIBIT 5B  PAGE 69

Seite 9 von 10

eBay Motors: 18 bmw 3 series 325 330 m3 e46 e90 z3 328 wheels rims (item 350013385158 end time Jan-11-08 10:44:46 PST)

Seller charges sales tax for items shipped to: CA (7.750%).

## Return policy

| Item must be returned within: | 7 Days |
| Refund will be given as: | Merchandise Credit |

## Payment details

**Payment method**    Preferred/Accepted

PayPal
VISA  DISCOVER  BANK    Seller Preferred

Personal check    Accepted

Money order/Cashiers check    Accepted

Visa/MasterCard, American Express, Discover    Accepted

**Seller's payment instructions**
Thanks for your purchase. Please follow links to checkout.

## Take action on this item

Item title: **18 bmw 3 series 325 330 m3 e46 e90 z3 328 wheels rims**

**Buy It Now**

Buy It Now price:    US $595.00

Help

http://cgi.ebay.com/ebaymotors/18-bmw-3-series-325-330-m3-e46-e90-z3-328-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...    11.01.2008

EXHIBIT $\underline{SB}$ PAGE $\underline{70}$

Seite 10 von 10

eBay Motors: 18 bmw 3 series 325 330 m3 e46 e90 z3 328 wheels rims (item 350013385158 end time Jan-11-08 10:44:46 PST)

Your Quantity:     x [ 1 ]

**Buy It Now >**     You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

## Other options

⊕ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Announcements | Security Center | Buyer Services & Protection | Policies | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

http://cgi.ebay.com/ebaymotors/18-bmw-3-series-325-330-m3-e46-e90-z3-328-wheels-rims_W0QQcmdZViewItemQQcategoryZ43958QQihZ022QQite...     11.01.2008

EXHIBIT _SB_ PAGE _70A_

**EXHIBIT 6**

**EXHIBIT A**



US00D470093S

## (12) United States Design Patent

Frizzi

(10) Patent No.:     **US D470,093 S**
(45) Date of Patent:     ** **Feb. 11, 2003**

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: Roberto Frizzi, Brescia (IT)

(73) Assignee: Bayerische Motoren Werke Aktiengesellschaft, Munich (DE)

(**) Term: 14 Years

(21) Appl. No.: 29/141,903

(22) Filed: May 16, 2001

(30) **Foreign Application Priority Data**

Nov. 16, 2000  (DE) ........................................ 4 00 10 998

(51) LOC (7) Cl. .................................................... 12-16
(52) U.S. Cl. ................................................... D12/209
(58) Field of Search .............................. D12/204–211;
301/37.101, 64.101, 65

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D214,620 S | * | 7/1969 | Barris ........................ | D12/211 |
| D231,349 S | * | 4/1974 | Gaffney ...................... | D12/211 |
| D302,264 S | * | 7/1989 | Soederberg ................ | D12/209 |
| D375,073 S | * | 10/1996 | Theiss ........................ | D12/209 |
| D383,429 S | * | 9/1997 | Muzzarelli et al. ........ | D12/211 |
| D395,863 S | * | 7/1998 | Sacco et al. ............... | D12/211 |
| D401,205 S | * | 11/1998 | Fischer ...................... | D12/209 |
| D407,057 S | * | 3/1999 | Goplen ...................... | D12/211 |
| D412,149 S | * | 7/1999 | Corioni ...................... | D12/211 |
| D412,479 S | * | 8/1999 | Sacco et al. ............... | D12/209 |
| D419,940 S | * | 2/2000 | Sacco et al. ............... | D12/209 |
| D428,845 S | * | 9/2000 | Yoshida et al. ............ | D12/211 |
| D430,523 S | * | 9/2000 | Pfeiffer ...................... | D12/209 |
| D432,479 S | * | 10/2000 | Lee et al. .................. | D12/209 |
| D436,912 S | * | 1/2001 | Boyer ........................ | D12/211 |
| D451,458 S | * | 12/2001 | Sacco et al. ............... | D12/209 |
| D451,466 S | * | 12/2001 | Fujii ......................... | D12/211 |
| D460,941 S | * | 7/2002 | Muzzarelli ................ | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57) **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

### DESCRIPTION

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle wheel according to my novel design.
The dash lines included depict environment and are not part of the claimed design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Feb. 11, 2003          US D470,093 S



FIG.1



FIG. 2



eBay Motors: 20 bmw x3 x5 chrome staggered wheels rims (item 350014312049 end time Feb-10-08 13:23:23 PST)

Page 1 of 9

# ebY Motors

Sign in or register

Buy   Sell   My eBay   Research   Help

eBay Home | Site Map

| All of eBay Motors | | Advanced Search

| Cars & Trucks | Parts & Accessories | Motorcycles | Powersports | Boats | Other Vehicles |

Back to list of items    Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 20" or more

## 20 bmw x3 x5 chrome staggered wheels rims
ORIGINAL OEM REPLICAS - BMW CENTER CAPS INCLUDED

Item number: 350014312049

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay



View larger picture

| | |
|---|---|
| *EBay It Now* price: | **US $795.00**    **Buy It Now** |
| | Get low monthly payments |
| Shipping costs: | **US $89.00**<br>UPS Ground<br>Service to United States |
| Ships to: | Worldwide |
| Item location: | San Diego, CA, United States |
| Quantity: | 20 available |
| History: | Purchases |
| You can also: | **Watch This Item** |
| | Get mobile or IM alerts | Email to a friend |

**Meet the seller**

Seller:    eurotechwheels ( 2073  ☆ )
Feedback:  **99.4% Positive**
Member:   since Nov-15-01 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store  |  List
- Visit seller's Store:
  EuroTech Luxury Wheels

**Buy safely**

1. **Check the seller's reputation**
   Score: 2073  |  99.4% Positive
   See detailed feedback
2. **Check how you're protected**

Listing and payment details:   **Hide**

EXHIBIT 6B PAGE 74

eBay Motors: 20 bmw x3 x5 chrome staggered wheels rims (item 35001431249 end time Feb-10-08 13:23:23 PST)

Page 2 of 9

Starting time:  Jan-11-08 13:23:23 PST
Duration:       30-day listing

Payment methods:  **PayPal** (preferred),
                  Money order/Cashiers
                  check,
                  Visa/MasterCard,
                  American Express,
                  Discover
                  See details

**PayPal**  This item is covered **up to**
            **$2000** See eligibility

Returns:    Seller accepts returns.
            7 Days Merchandise Credit

## Description

EuroTech Luxury Wheels

eurotech wheels

# 858.245.1802

**Visit my eBay Store:** 🛒 EuroTech Luxury Wheels

BMW Wheels | Mercedes Wheels

EXHIBIT 6B PAGE 75

eBay Motors: 20 bmw x3 x5 chrome staggered wheels rims (item 350014312049 end time Feb-10-08 13:23:23 PST)    Page 4 of 9

## Recognition
>>All Classic Wheels have been documented meet or exceed exact OEM standards set by leading auto manufacturers

## Reliability
>>Each wheel comes with a Lifetime Manufacturer's Defect Warranty and two-year finish warranty

## Safety
>> Every wheel undergoes over 15 separate testing procedures, including x-ray, radial fatigue, submersion testing, before being approved for road use, ensuring your vehicle comfort and stability always remain intact

## Appearance
>> Looks matter - Every wheel is finished in brilliant Triple Chrome for 3x the shine and durability.

## A Perfect Fit
>>We believe in getting it right the first time, that's why every wheel is machined precisely for the vehicle, which it's designed for.

Direct Application...
Easy Installation...
Perfect Fitment...

### *EuroTech Wheels Family Values*



EXHIBIT 6B PAGE 76

**Find more items from the same seller. Bid or Buy Now!**



17 mercedes benz c cl clk e ml s sl slk amg wheels rims

*Buy It Now*    US $459.00

Time left:    < 6 m



17" Audi A4 A6 A8 S4 S6 RS4 RS6 quattro wheels rims

*Buy It Now*    US $495.00

Time left:    < 6 m



19 Bmw 3 M3 318 e46 318 320 323 325 328 330 wheels rims

*Buy It Now*    US $795.00

Time left:    1h 5m



Visit seller's Store

EXHIBIT 6B PAGE 11

## Shipping, payment details, and return policy

**Ships to**
Worldwide

**Shipping and Handling**

| | |
|---|---|
| Country: | United States ▾   Quantity: 1   **Update** |

| **Shipping and Handling** | **Each Additional Item** | **To** | **Service** |
|---|---|---|---|
| US $89.00 | Free | United States | UPS Ground<br>1 to 6 business days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
Not offered

**Seller's payment instructions**
Thanks for your purchase. Please follow the links to checkout.

**Seller's return policy:**
Item must be   7 Days
returned within:

Refund will be   Merchandise Credit
given as:

**Payment methods accepted**



- PayPal   VISA   DISCOVER   BANK
- Money order/Cashiers check

EXHIBIT _6B_ PAGE _178_

eBay Motors: 20 bmw x3 x5 chrome staggered wheels rims (item 350014312049 end time Feb-10-08 13:23:23 PST)

Page 9 of 9

- Visa/MasterCard, American Express, Discover

Help

## Ready to Buy?

**Item title:** 20 bmw x3 x5 chrome staggered wheels rims

**Buy It Now**

| | |
|---|---|
| *Buy It Now* price: | US $795.00 |
| **Your Quantity:** | × 1 |

**Buy It Now**

You will confirm in the next step.

## What else can you do?

➕ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Community | Security Center | Buyer Services | Policies | Government Relations | Site Map | Help

© 1995-2008 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered trademarks of Kelley Blue Book Co., Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC, all rights reserved. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

http://cgi.ebay.com/ebaymotors/20-bmw-x3-x5-chrome-staggered-wheels-rims_W0QQcmdZViewItemQQcategoryZ43960QQi...    1/21/2008

EXHIBIT 6B PAGE 79

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
BMW of North America, LLC and Bayerische Motoren Werke AG

**DEFENDANTS**
Eurotech Wheels, LLC, Eurotech Rims, LLC, Ryan Moalemi and Joshua Moalemi

FILED

**(b)** County of Residence of First Listed Plaintiff **Bergen County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

08 JAN 29 PM 3: 53

SOUTHERN DISTRICT OF CALIFORNIA

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Bobby A. Ghajar, Esq. (S.B. No. 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

Attorneys (If Known)

**'08 CV 0171 JM WMc**

DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury— Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [x] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **LABOR** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | | [ ] 710 Fair Labor Standards Act | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | **IMMIGRATION** | | |
| | | | [ ] 462 Naturalization Application | | |
| | | | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Sections 1114(1) and 1125, 35 U.S.C. Section 271.
Brief description of cause:
Trademark infringement, cybersquatting, and design patent infringement.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

American LegalNet, Inc.
www.FormsWorkflow.com

DATE
January 28, 2008

SIGNATURE OF ATTORNEY OF RECORD
X _____

FOR OFFICE USE ONLY
RECEIPT # 146976   AMOUNT 350.   APPLYING IFP 1/29/08   JUDGE _____   MAG. JUDGE _____

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 146976   — SR
* * C O P Y * *
January 29, 2008
15:46:40

**Civ Fil Non-Pris**
USAO #.: 08CV0171 CIV. FIL.
Judge..: JEFFREY T MILLER
Amount.:              $350.00 CK
Check#.: BC#16364

**Total-> $350.00**

FROM: BMW OF NORTH AMERICA V.
      EUROTECH WHEELS
      CIVIL FILING