☐ AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Southern District of California  on the following  ☒ Patents or  ☒ Trademarks:

| DOCKET NO. 08CV171 JM (WMc) | DATE FILED 1/29/08 | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>BMW of North America, LLC and Bayerische Motoren Werke AG | | DEFENDANT<br>Eurotech Wheels, LLC, Eurotech Rims, LLC, Ryan Moalemi and Joshua Moalemi |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 SEE ATTACHED | SEE ATTACHED | SEE ATTACHED |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

American LegalNet, Inc.
www.USCourtForms.com

| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|
| 1. 613,465 | October 4, 1955 | BMW AG |
| 2. 1,170,556 | September 22, 1981 | BMW AG |
| 3. 1,450,212 | August 4, 1987 | BMW AG |
| 4. 2,752,258 | August 19, 2003 | BMW AG |
| 5. 611,710 | September 6, 1955 | BMW AG |
| 6. 1,164,922 | August 11, 1981 | BMW AG |
| 7. 1,627,241 | September 18, 1990 | BMW AG |
| 8. 2,816,178 | February 24, 2004 | BMW AG |
| 9. 1,438,545 | August 5, 1987 | BMW AG |
| 10. 2,683,597 | November 12, 2002 | BMW AG |

| PATENT NO. | DATE OF PATENT | HOLDER OF PATENT |
|---|---|---|
| 1. 515,491 | February 21, 2006 | BMW AG |
| 2. 514,999 | February 14, 2006 | BMW AG |
| 3. 504,382 | April 26, 2005 | BMW AG |
| 4. 493,404 | July 27, 2004 | BMW AG |
| 5. 470,093 | February 11, 2003 | BMW AG |