| | |
|---|---|
| 1  Bobby A. Ghajar (S.B. No. 198719)<br>   HOWREY LLP<br>2  550 South Hope Street, Suite 1100<br>   Los Angeles, CA 90071<br>3  Telephone: (213) 892-1800<br>4  Facsimile: (213) 892-2300 | FILED<br>08 JAN 29 PM 3:55<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |

5  John G. Froemming, Esq.
   Michael J. Bell, Esq.
6  David M. Jaquette, Esq.
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
8  Telephone: (202) 783-0800
9  Facsimile: (202) 383-6610

10  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0171 JM WMc

| | |
|---|---|
| BMW of North America, LLC and<br>Bayerische Motoren Werke AG,<br><br>         Plaintiffs,<br><br>   v.<br><br>Eurotech Wheels, LLC, Eurotech Rims, LLC,<br>Ryan Moalemi and Joshua Moalemi,<br><br>         Defendants. | Case No:<br><br>**NOTICE OF PARTY WITH<br>FINANCIAL INTEREST UNDER<br>CIVIL LOCAL RULE 40.2** |

HOWREY LLP

DM US:20986978 1

1 | TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES IN INTEREST:

2 |     Please take notice that, pursuant to Local Rule 40.2, Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively "BMW"), hereby state as follows: Plaintiffs have no parent corporations other than those already named as Plaintiffs, and no publicly held company owns 10% or more of Plaintiffs' stock

Dated:  January 28, 2008

OF COUNSEL:
Kevin J. Healy, Esq.
BMW OF NORTH AMERICA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
Telephone: (201) 307-4000

Counsel for Plaintiff
BMW of North America, LLC

Respectfully submitted,

_____
Bobby A. Ghajar (S.B. No. 198719)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

John G. Froemming, Esq. (*pro hac vice* application to be submitted)
Michael J. Bell, Esq. (*pro hac vice* application to be submitted)
David M. Jaquette, Esq. (*pro hac vice* application to be submitted)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Plaintiffs*
BMW of North America, LLC
and Bayerische Motoren Werke AG

HOWREY LLP

-2-

DM US:20986978 1