| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| BOBBY A. GHAJAR, Bar #198719<br>HOWREY LLP<br>550 SOUTH HOPE STREET<br>SUITE 1100<br>LOS ANGELES, CA 90071 | | | | |
| Telephone No: (213) 892-1800 | FAX No: (213) 892-2300 | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>43627 | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: BMW OF NORTH AMERICA, LLC, ET AL.
Defendant: EUROTECH WHEELS, LLC, ET AL.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0171 JM WMc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.

3. a. Party served:       EUROTECH RIMS, LLC
   b. Person served:     RYAN MOALEMI, AGENT FOR SERVICE., Served under F.R.C.P Rule 4.

4. Address where the party was served:   6350 NANCY RIDGE DR.
                                         #104
                                         San Diego, CA  92121

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 22, 2008 (2) at: 1:55PM

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WYMAN TRACY KROFT                    d. The Fee for Service was:
   b. NATIONWIDE LEGAL, INC.               e. I am: (3) registered California process server
      316 W. 2ND STREET                        (i)   Independent Contractor
      SUITE 705                                (ii)  Registration No.:   1343
      LOS ANGELES, CA 90012                    (iii) County:             San Diego
   c. (213) 625-9100, FAX (213) 625-9111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Mar. 03, 2008

                                                              /s/ WYMAN TRACY KROFT

Judicial Council Form                     PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                          43627.bobgh.1054

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 02/22/08 @ 1:55 PM |
| NAME OF SERVER W. Tracy Kroft | TITLE Registered Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): By Serving: Ryan Moalemi, Agent for Service of Process of Eurotech Rims, LLC
(SEE ATTACHED DECLARATION)

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 3/10/08
Date

Signature of Server
316 W. 2nd, #705, Los Angeles, CA 90012
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)