| Attorney or Party without Attorney: <br> BOBBY A. GHAJAR, Bar #198719 <br> HOWREY LLP <br> 550 SOUTH HOPE STREET <br> SUITE 1100 <br> LOS ANGELES, CA 90071 <br> Telephone No: (213) 892-1800   FAX No: (213) 892-2300 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 43631 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: BMW OF NORTH AMERICA, LLC, ET AL.
Defendant: EUROTECH WHEELS, LLC, ET AL.

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 08 CV 0171 JM WMc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint; Civil Cover Sheet; Notice Of Party With Financial Interest Under Civil Local Rule 40.2; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark

3. a. Party served:   RYAN MOALEMI
   b. Person served:   "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") PERSON IN CHARGE., Served under CCP 415.20.

4. Address where the party was served:   6350 NANCY RIDGE DR.
   #104
   San Diego, CA 92121

5. I served the party:
   b. by substituted service. On: Fri., Feb. 15, 2008 at: 4:10PM by leaving the copies with or in the presence of:
   "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") PERSON IN CHARGE., Served under CCP 415.20.
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Wed., Feb. 20, 2008 from: SAN DIEGO

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WYMAN TRACY KROFT
   b. NATIONWIDE LEGAL INC.
   316 W. 2ND STREET
   SUITE 705
   LOS ANGELES, CA 90012
   c. (213) 625-9100, FAX (213) 625-9111

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1343
      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Mar. 03, 2008

   (WYMAN TRACY KROFT)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

43631.bobgh.1057

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE: 02/15/08 @ 4:10 PM |
| NAME OF SERVER W. Tracy Kroft | TITLE Registered Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Served on "John Doe" (Middle Eastern Male, 45-55 yrs., 180lbs., Black hair, Brown eyes, 5'8") Person Apparently in Charge at business address (SEE ATTACHED DECLARATION)

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 3/10/08
Date

Signature of Server
316 W. 2nd, #705, Los Angeles, CA 90012
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney:<br>BOBBY A. GHAJAR, Bar #198719<br>HOWREY LLP<br>550 SOUTH HOPE STREET<br>SUITE 1100<br>LOS ANGELES, CA 90071<br>Telephone No: (213) 892-1800   FAX: No: (213) 892-2300 | For Court Use Only |
|---|---|
| | Ref. No or File No.:<br>43631 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: BMW OF NORTH AMERICA, LLC, ET AL.
Defendant: EUROTECH WHEELS, LLC, ET AL.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept./Div: | Case Number:<br>08 CV 0171 JM WMc |
|---|---|---|---|---|

1. I, WYMAN TRACY KROFT, and any employee or independent contractors retained by NATIONWIDE LEGAL INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RYAN MOALEMI as follows:

2. Documents: SUMMONS IN A CIVIL ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 02/13/08 | 10:50am | Business | SUBJECT IS NOT IN PER RECEPTIONIST. Attempt made by: WYMAN TRACY KROFT. Attempt at: 6350 NANCY RIDGE DR. #104 San Diego CA. 92121. |
| Thu | 02/14/08 | 3:20pm | Business | SUBJECT IS NOT IN PER MALE EMPLOYEE. Attempt made by: WYMAN TRACY KROFT. Attempt at: 6350 NANCY RIDGE DR. #104 San Diego CA. 92121. |
| Fri | 02/15/08 | 4:10pm | Business | Substituted Service on: RYAN MOALEMI Business - 6350 NANCY RIDGE DR. #104 San Diego, CA. 92121 by Serving: "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") PERSON IN CHARGE., Served under CCP 415.20. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: WYMAN TRACY KROFT |
| Wed | 02/20/08 | | | Mailed copy of Documents to: RYAN MOALEMI |

3. Person Executing
   a. WYMAN TRACY KROFT
   b. NATIONWIDE LEGAL INC.
      316 W. 2ND STREET
      SUITE 705
      LOS ANGELES, CA 90012
   c. (213) 625-9100, FAX (213) 625-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1343
      (iii) County: San Diego

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: 3/3/08

howll.1057