| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| BOBBY A. GHAJAR, Bar #198719<br>HOWREY LLP<br>550 SOUTH HOPE STREET<br>SUITE 1100<br>LOS ANGELES, CA 90071<br>Telephone No: (213) 892-1800  FAX No: (213) 892-2300 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>43627 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: BMW OF NORTH AMERICA, LLC, ET AL.
Defendant: EUROTECH WHEELS, LLC, ET AL.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0171 JM WMc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

3. a. *Party served:*      EUROTECH RIMS, LLC
   b. *Person served:*    RYAN MOALEMI, AGENT FOR SERVICE.. Served under F.R.C.P Rule 4.

4. *Address where the party was served:*    6350 NANCY RIDGE DR.
   #104
   San Diego, CA 92121

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 22, 2008 (2) at: 1:55PM

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WYMAN TRACY KROFT
   b. **NATIONWIDE LEGAL INC.**
   316 W. 2ND STREET
   SUITE 705
   LOS ANGELES, CA 90012
   c. (213) 625-9100, FAX (213) 625-9111

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1343
      (iii) County: San Diego

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Mar. 03, 2008

*(WYMAN TRACY KROFT)*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

43627.bobgh.1054