| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| BOBBY A. GHAJAR, Bar #198719<br>HOWREY LLP<br>550 SOUTH HOPE STREET<br>SUITE 1100<br>LOS ANGELES, CA 90071 | | |
| *Telephone No:* (213) 892-1800   *FAX No:* (213) 892-2300 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 43633 | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* BMW OF NORTH AMERICA, LLC, ET AL.
*Defendant:* EUROTECH WHEELS, LLC, ET AL.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept Div:* | *Case Number:*<br>08 CV 0171 JM WMc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint; Civil Cover Sheet; Notice Of Party With Financial Interest Under Civil Local Rule 40.2; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark

3. a. *Party served:*               EUROTECH WHEELS, LLC
   b. *Person served:*              RYAN MOALEMI, AGENT FOR SERVICE.. Served under CCP 415.20.

4. *Address where the party was served:*   6350 NANCY RIDGE DR.
                                            #104
                                            San Diego, CA 92121

5. *I served the party:*
   b. **by substituted service.** On: Thu., Feb. 14, 2008 at: 3:20PM by leaving the copies with or in the presence of:
   "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") EMPLOYEE.. Served under CCP 415.20.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Feb. 20, 2008 from: SAN DIEGO, CA

7. **Person Who Served Papers:**                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WYMAN TRACY KROFT                     d. *The Fee for Service was:*
   b. NATIONWIDE LEGAL INC.                 e. I am: (3) registered California process server
      316 W. 2ND STREET                          (i) Independent Contractor
      SUITE 705                                  (ii) *Registration No.:*    1343
      LOS ANGELES, CA 90012                      (iii) *County:*             San Diego
   c. (213) 625-9100, FAX (213) 625-9111

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Mar. 03, 2008

(WYMAN TRACY KROFT)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                                    43633.bobgh.1055