| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>BOBBY A. GHAJAR, Bar #198719<br>HOWREY LLP<br>550 SOUTH HOPE STREET<br>SUITE 1100<br>LOS ANGELES, CA 90071<br>*Telephone No:* (213) 892-1800  *FAX No:* (213) 892-2300 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>43629 | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* BMW OF NORTH AMERICA, LLC, ET AL.
*Defendant:* EUROTECH WHEELS, LLC, ET AL.

| PROOF OF SERVICE SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 0171 JM WMc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint; Civil Cover Sheet; Notice Of Party With Financial Interest Under Civil Local Rule 40.2; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark

3. a. *Party served:* JOSHUA MOALEMI
   b. *Person served:* "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") EMPLOYEE., Served under CCP 415.20.

4. *Address where the party was served:* 6350 NANCY RIDGE DR.
   #104
   San Diego, CA 92121

5. *I served the party:*
   b. **by substituted service.** On: Fri., Feb. 15, 2008 at: 4:10PM by leaving the copies with or in the presence of:
   "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") EMPLOYEE., Served under CCP 415.20.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Feb. 20, 2008 from: SAN DIEGO, CA

7. *Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WYMAN TRACY KROFT                       d. *The Fee for Service was:*
   b. NATIONWIDE LEGAL INC.                    e. I am: (3) registered California process server
      316 W. 2ND STREET                              (i) Independent Contractor
      SUITE 705                                             (ii) *Registration No.:* 1343
      LOS ANGELES, CA 90012                    (iii) *County:* San Diego
   c. (213) 625-9100, FAX (213) 625-9111

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Mar. 03, 2008

   (WYMAN TRACY KROFT)

   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                                  43629.bobgh.1056

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>BOBBY A. GHAJAR, Bar #198719<br>HOWREY LLP<br>550 SOUTH HOPE STREET<br>SUITE 1100<br>LOS ANGELES, CA 90071<br>*Telephone No:* (213) 892-1800   *FAX No:* (213) 892-2300 | *Ref. No or File No.:*<br>43629 | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* BMW OF NORTH AMERICA, LLC, ET AL.
*Defendant:* EUROTECH WHEELS, LLC, ET AL.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0171 JM WMc |
|---|---|---|---|---|

1. I, WYMAN TRACY KROFT, and any employee or independent contractors retained by NATIONWIDE LEGAL INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOSHUA MOALEMI as follows:

2. Documents: SUMMONS IN A CIVIL ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 02/13/08 | 10:50am | Business | SUBJECT IS NOT IN PER RECEPTIONIST. Attempt made by: WYMAN TRACY KROFT. Attempt at: 6350 NANCY RIDGE DR. #104 San Diego CA. 92121. |
| Thu | 02/14/08 | 3:20pm | Business | SUBJECT IS NOT IN PER MALE EMPLOYEE. Attempt made by: WYMAN TRACY KROFT. Attempt at: 6350 NANCY RIDGE DR. #104 San Diego CA. 92121. |
| Fri | 02/15/08 | 4:10pm | Business | Substituted Service on: JOSHUA MOALEMI Business - 6350 NANCY RIDGE DR. #104 San Diego, CA. 92121 by Serving: "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") EMPLOYEE., Served under CCP 415.20, a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: WYMAN TRACY KROFT |
| Wed | 02/20/08 | | | Mailed copy of Documents to: JOSHUA MOALEMI |

3. Person Executing
   a. WYMAN TRACY KROFT
   b. NATIONWIDE LEGAL INC.
      316 W. 2ND STREET
      SUITE 705
      LOS ANGELES, CA 90012
   c. (213) 625-9100, FAX (213) 625-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:   1343
   (iii) County:   San Diego

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Mar. 03, 2008           AFFIDAVIT OF REASONABLE DILIGENCE   (WYMAN TRACY KROFT)           howll.1056