| Attorney or Party without Attorney: BOBBY A. GHAJAR, Bar #198719<br>HOWREY LLP<br>550 SOUTH HOPE STREET<br>SUITE 1100<br>LOS ANGELES, CA 90071<br>Telephone No: (213) 892-1800   FAX No: (213) 892-2300 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 43631 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: BMW OF NORTH AMERICA, LLC, ET AL.
Defendant: EUROTECH WHEELS, LLC, ET AL.

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 08 CV 0171 JM WMc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint; Civil Cover Sheet; Notice Of Party With Financial Interest Under Civil Local Rule 40.2; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark

3. a. Party served:  RYAN MOALEMI
   b. Person served: "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") EMPLOYEE., Served under CCP 415.20.

4. Address where the party was served: 6350 NANCY RIDGE DR.
   #104
   San Diego, CA 92121

5. I served the party:
   b. **by substituted service.** On: Fri., Feb. 15, 2008 at: 4:10PM by leaving the copies with or in the presence of:
   "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") EMPLOYEE., Served under CCP 415.20.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Feb. 20, 2008 from: SAN DIEGO

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WYMAN TRACY KROFT                           d. *The Fee for Service was:*
   b. NATIONWIDE LEGAL INC.                       e. I am: (3) registered California process server
      316 W. 2ND STREET                                 (i) Independent Contractor
      SUITE 705                                         (ii) Registration No.:  1343
      LOS ANGELES, CA 90012                             (iii) County:           San Diego
   c. (213) 625-9100, FAX (213) 625-9111

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Mar. 03, 2008

Judicial Council Form                    PROOF OF SERVICE                 (WYMAN TRACY KROFT)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                                    43631.bobgh.1057

*Attorney or Party without Attorney:*
BOBBY A. GHAJAR, Bar #198719
HOWREY LLP
550 SOUTH HOPE STREET
SUITE 1100
LOS ANGELES, CA 90071
*Telephone No:* (213) 892-1800    *FAX No:* (213) 892-2300

*Ref. No or File No.:* 43631

*For Court Use Only*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* BMW OF NORTH AMERICA, LLC, ET AL.
*Defendant:* EUROTECH WHEELS, LLC, ET AL.

## AFFIDAVIT OF REASONABLE DILIGENCE

*Hearing Date:*    *Time:*    *Dept/Div:*    *Case Number:* 08 CV 0171 JM WMc

1. I, WYMAN TRACY KROFT, and any employee or independent contractors retained by NATIONWIDE LEGAL INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RYAN MOALEMI as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION COMPLAINT; CIVIL COVER SHEET; NOTICE OF PARTY WITH FINANCIAL INTEREST UNDER CIVIL LOCAL RULE 40.2; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 02/13/08 | 10:50am | Business | SUBJECT IS NOT IN PER RECEPTIONIST. Attempt made by: WYMAN TRACY KROFT. Attempt at: 6350 NANCY RIDGE DR. #104 San Diego CA. 92121. |
| Thu | 02/14/08 | 3:20pm | Business | SUBJECT IS NOT IN PER MALE EMPLOYEE. Attempt made by: WYMAN TRACY KROFT. Attempt at: 6350 NANCY RIDGE DR. #104 San Diego CA. 92121. |
| Fri | 02/15/08 | 4:10pm | Business | Substituted Service on: RYAN MOALEMI Business - 6350 NANCY RIDGE DR. #104 San Diego, CA. 92121 by Serving: "JOHN DOE" (Middle Eastern Male, 45-55yrs, 180lbs, black hair, brown eyes, 5'8") EMPLOYEE., Served under CCP 415.20, a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: WYMAN TRACY KROFT |
| Wed | 02/20/08 | | | Mailed copy of Documents to: RYAN MOALEMI |

3. *Person Executing*
   a. WYMAN TRACY KROFT
   b. NATIONWIDE LEGAL INC.
      316 W. 2ND STREET
      SUITE 705
      LOS ANGELES, CA 90012
   c. (213) 625-9100, FAX (213) 625-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 1343
   (iii) County: San Diego

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Mon, Mar. 03, 2008    AFFIDAVIT OF REASONABLE DILIGENCE    (WYMAN TRACY KROFT)    howll.1057