UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EUROTECH WHEELS, LLC et al., ) <br> ) <br> Defendants. ) | Case No. 08cv171 JM (WMc) <br><br> **ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

Due to a conflict in the Court's own schedule, the Early Neutral Evaluation currently scheduled for June 10, 2008 is **CONTINUED** to **June 23, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101.

All other aspects of the Court's April 29, 2008 order remain in full force and effect. [Doc. No.18.]

**IT IS SO ORDERED**:

DATED: May 1, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court