Dale J. Giali (SBN 150382)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Telephone: (949) 721-6900
Facsimile: (949) 266-5529
gialid@howrey.com

John G. Froemming, Esq. (pro hac vice application to be submitted)
Michael J. Bell, Esq. (pro hac vice application to be submitted)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs BMW of North America, LLC
and Bayerische Motoren Werke AG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW of North America, LLC, et al., | Case No. 08-CV-171 JM (WMc) |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF SUBSTITUTION OF THEIR LOCAL COUNSEL** |
| vs. | |
| Eurotech Wheels, LLC, et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs substitute, in place of their local counsel of record Bobby A. Ghajar, the following new local counsel of record:

Dale J. Giali
CA State Bar No. 150382
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614
Telephone: (949) 721-6900
Facsimile:  (949) 266-5529
Email address:  gialid@howrey.com

All other counsel of record for Plaintiffs shall remain counsel of record in this matter, including John G. Froemming and Michael J. Bell of the Washington, D.C. office of Howrey LLP.

DATED:  June 3, 2008              Respectfully Submitted

                                  HOWREY LLP


                                  By:   /s/ Dale J. Giali
                                        DALE J. GIALI

                                  Attorneys for Plaintiffs
                                  BMW of North America, LLC and Bayerische
                                  Motoren Werke AG,