1  Dale J. Giali (SBN 150382)
   HOWREY LLP
2  4 Park Plaza, Suite 1700
   Irvine, CA 92614
3  Telephone: (949) 721-6900
   Facsimile: (949) 266-5529
4  gialid@howrey.com

5  John G. Froemming (Admitted *Pro Hac Vice*)
   Michael J. Bell, Esq. (*Pro Hac Vice* application to be submitted)
6  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
7  Washington, D.C. 20004
   Telephone: (202) 783-0800
8  Facsimile: (202) 383-6610
   froemmingj@howrey.com
9
   Attorneys for Plaintiffs BMW of North America, LLC
10 and Bayerische Motoren Werke AG

11
                    UNITED STATES DISTRICT COURT
12
                   SOUTHERN DISTRICT OF CALIFORNIA
13

14
   BMW of North America, LLC and            ) Case No. 08-CV-0171 JM WMc
15 Bayerische Motoren Werke AG,             )
                                            ) **NOTICE OF APPEARANCE OF**
16              Plaintiffs,                 ) **COUNSEL**
                                            )
17       vs.                                )
                                            )
18 Eurotech Wheels, LLC, et al.,            )
                                            )
19              Defendants.                 )
                                            )
20

21

22

23

24

25

26

27

HOWREY  28

TO THE COURT, PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel are appearing in this matter on behalf of Plaintiffs:

    John G. Froemming (Admitted *Pro Hac Vice*)
    HOWREY LLP
    1299 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    Telephone:  (202) 783-0800
    Facsimile:  (202) 383-6610
    Email address:  froemmingj@howrey.com

    Dale J. Giali
    CA State Bar No. 150382
    HOWREY LLP
    4 Park Plaza, Suite 1700
    Irvine, CA  92614
    Telephone: (949) 721-6900
    Facsimile:  (949) 266-5529
    Email address:  gialid@howrey.com

    David J. Noonan
    CA State Bar No. 55966
    Kirby Noonan Lance & Hoge LLP
    350 Tenth Avenue, Suite 1300
    San Diego, CA  92101
    Telephone:  (619) 231-8666
    Facsimile:  (619) 231-9593
    Email address:  DNoonan@knlh.com

DATED:  June 20, 2008        Respectfully Submitted

                                    HOWREY LLP


                                    By:   /s/ Dale J. Giali
                                        DALE J. GIALI

                                  Attorneys for Plaintiffs
                                  BMW of North America, LLC and
                                  Bayerische Motoren Werke AG

HOWREY