Dale J. Giali (SBN 150382)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Telephone: (949) 721-6900
Facsimile: (949) 266-5529
gialid@howrey.com

John G. Froemming (Admitted *Pro Hac Vice*)
Michael J. Bell, Esq. (*Pro Hac Vice* application to be submitted)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
froemmingj@howrey.com

Attorneys for Plaintiffs BMW of North America, LLC
and Bayerische Motoren Werke AG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Eurotech Wheels, LLC, et al.,<br><br>　　　　Defendants. | Case No. 08-CV-0171 JM WMc<br><br>**PROOF OF SERVICE ON DEFENSE COUNSEL OF NOTICE OF APPEARANCE OF PLAINTIFFS' COUNSEL** |

Case No. 08-CV-0171 JM WMc
PROOF OF SERVICE

DM_US:21302358_1

# **PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) ss.:
COUNTY OF ORANGE     )

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Park Plaza, Suite 1700, Irvine, CA 92614:

    On June 23, 2008, I served on the interested parties in said action the document dated June 20, 2008 and titled:

## **NOTICE OF APPEARANCE OF COUNSEL**

by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Joshua Moalemi<br>6350 Nancy Ridge Drive<br>No. 104<br>San Diego, CA 92121 | Ryan Moalemi<br>6350 Nancy Ridge Drive<br>No. 104<br>San Diego, CA 92121 |

[X]   (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

    Executed on June 23, 2008, at Irvine, California.

                                              /s/ Genevieve Ramirez
                                             GENEVIEVE RAMIREZ