John G. Froemming, Esq. (Admitted *Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email address: froemmingj@howrey.com

Dale J. Giali (SBN 150382)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Telephone: (949) 721-6900
Facsimile: (949) 266-5529
Email address: gialid@howrey.com

David J. Noonan (SBN 55966)
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593
Email address: DNoonan@knlh.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW of North America, LLC and Bayerische Motoren Werke AG,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Eurotech Wheels, LLC, et al.,<br><br>　　　　Defendants. | Case No. 08-CV-0171 JM WMc<br><br>**NOTICE OF PARTIES' INTENT THAT TRIAL SHALL BE PRESIDED OVER BY UNITED STATES DISTRICT COURT JUDGE JEFFREY T. MILLER**<br><br>**[28 U.S.C. § 636(c)]** |

1  TO THE CLERK OF COURT, DEFENDANTS AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE that the parties are not availing themselves of their rights
4  under 28 U.S.C. section 636(c), and intend to have trial in this matter (whether jury or bench
5  trial) presided over by United States District Court Judge Jeffrey T. Miller.

8  DATED: June 30, 2008                    Respectfully Submitted,

                                           HOWREY LLP

                                           By:  /s/ Dale J. Giali
                                                DALE J. GIALI

                                           Attorneys for Plaintiffs
                                           BMW of North America, LLC and
                                           Bayerische Motoren Werke AG

-1-
Case No. 08-CV-0171 JM WMc
NOTICE OF INTENT TO PROCEED TO TRIAL BEFORE U.S.D.J. JEFFREY T. MILLER

DM_US:21315394_1