1 | John G. Froemming, Esq. (Admitted *Pro Hac Vice*)
  | HOWREY LLP
2 | 1299 Pennsylvania Avenue, N.W.
  | Washington, D.C. 20004
3 | Telephone: (202) 783-0800
  | Facsimile: (202) 383-6610
4 | Email address: froemmingj@howrey.com

5 | Dale J. Giali (SBN 150382)
  | HOWREY LLP
6 | 4 Park Plaza, Suite 1700
  | Irvine, CA 92614
7 | Telephone: (949) 721-6900
  | Facsimile: (949) 266-5529
8 | Email address: gialid@howrey.com

9 | David J. Noonan (SBN 55966)
  | KIRBY NOONAN LANCE & HOGE LLP
10 | 350 Tenth Avenue, Suite 1300
11 | San Diego, CA 92101
   | Telephone: (619) 231-8666
12 | Facsimile: (619) 231-9593
13 | Email address: DNoonan@knlh.com

14 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BMW of North America, LLC and Bayerische Motoren Werke AG, | ) Case No. 08-CV-0171 JM WMc |
|---|---|
| Plaintiffs, | ) **PROOF OF SERVICE** |
| vs. | ) |
| Eurotech Wheels, LLC, et al., | ) |
| Defendants. | ) |

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.:
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Park Plaza, Suite 1700, Irvine, CA 92614:

On June 23, 2008, I served on the interested parties in said action the document dated June 20, 2008 and titled:

**NOTICE OF PARTIES' INTENT THAT TRIAL SHALL BE PRESIDED OVER BY UNITED STATES DISTRICT COURT JUDGE JEFFREY T. MILLER [28 U.S.C. § 636(c)]**

by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Joshua Moalemi<br>6350 Nancy Ridge Drive<br>No. 104<br>San Diego, CA 92121 | Ryan Moalemi<br>6350 Nancy Ridge Drive<br>No. 104<br>San Diego, CA 92121 |

[X]   (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 30, 2008, at Irvine, California.


　　　　　　　　　　　　　　　/s/ Genevieve Ramirez
　　　　　　　　　　　　　　　GENEVIEVE RAMIREZ

-1-
Case No. 08-CV-0171 JM WMc
PROOF OF SERVICE

DM_US:21302358_1