1  David J. Noonan (SBN 55966)
   KIRBY NOONAN LANCE & HOGE LLP
2  350 Tenth Avenue, Suite 1300
   San Diego, California 92101-8700
3  Telephone: (619) 231-8666
   Facsimile: (619) 231-9593
4  Email: DNoonan@knlh.com

5  John G. Froemming, Esq. (Pro Hac Vice)
   Michael J. Bell, Esq. (Pro Hac Vice Application to be submitted)
6  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
7  Washington, D.C. 20004
   Telephone: (202) 783-0800
8  Facsimile: (202) 383-6610
   Email: FroemmingJ@howrey.com

9
   Attorneys for Plaintiffs BMW of North America, LLC and
10 Bayerische Motoren Werke AG

11 Amy J. Wallace (SBN 110100)
   LAW OFFICES OF AMY J. WALLACE
12 3131 Camino Del Rio North, Suite 380
   San Diego, CA 92108
13 Telephone: (619) 293-3993
   Facsimile: (619) 282-7299
14 Email: Amy.Wallace@SBCGlobal.net

15 Attorney for Eurotech Wheels, LLC and Eurotech Rims, LLC

16          UNITED STATES DISTRICT COURT

17         SOUTHERN DISTRICT OF CALIFORNIA

18 BMW OF NORTH AMERICA, LLC, et al.,      CASE NO. 08-CV-171 JM (WMc)

19          Plaintiffs,               **JOINT MOTION FOR ENTRY OF
                                      CONSENT JUDGMENT AS TO**
20      v.                            **DEFENDANTS EUROTECH WHEELS,
                                      LLC AND EUROTECH RIMS, LLC**
21 EUROTECH WHEELS, LLC, et al.,

22          Defendants.

23

24

25

26

27

28

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

1

2    This is a Joint Motion by Plaintiffs BMW of North America, LLC and Bayerische Motoren

3    Werke AG (collectively "BMW") and the Defendants Eurotech Wheels, LLC, Eurotech Rims,

4    LLC, Ryan Moalemi and Joshua Moalemi (collectively "Eurotech"), by and through their counsel

5    of record, or as to Ryan Moalemi and Joshua Moalemi on behalf of themselves, for an Order

6    Entering the Consent Judgment as to Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC.

7        WHEREAS, BMW filed a complaint against Eurotech, alleging trademark infringement

8    under the Federal Trademark Act (the "Lanham Act"), 15 U.S.C. § 1114 and the common law of

9    California; unfair competition and false designation of origin under 15 U.S.C. § 1125(a) and under

10   the common law of California; trademark counterfeiting under 15 U.S.C. § 1114(1);

11   cybersquatting under 15 U.S.C. 1125(d); unfair competition under Cal. Bus. & Profs. Code §

12   17200 *et seq.*; and as to the corporate defendants, design patent infringement under 35 U.S.C. §

13   271;

14       WHEREAS, BMW and the Defendants have negotiated and agreed that a judgment may be

15   entered against Eurotech Wheels, LLC and Eurotech Rims, LLC;

16       WHEREAS, the terms and conditions of the consent judgment are set forth in the "Consent

17   Judgment as to Defendants Eurotech Wheels, LLC and Eurotech Rims, LLC" attached hereto as

18   Exhibit 1, which has been signed by all Parties.

19       NOW THEREFOR, the Parties hereby submit this Joint Motion, and request that the Court

20   issue an Order entering the Consent Judgment as to Defendants Eurotech Wheels, LLC and

21   Eurotech Rims, LLC.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1500 San Diego, California 92101-8700

1  DATED: July ___, 2008

2

3  By: _____

4        David J. Noonan, Esq. (55966)

5        John G. Froemming, Esq. (Pro Hac Vice)
         HOWREY LLP
6
         Counsel for Plaintiffs BMW of North America,
7        LLC and Bayerische Motoren Werke AG

8

9  DATED: July 9, 2008

10

11  By: _____

12

13

14  DATED: July 9, 2008

15

16  By: _____

17

18  By: _____

19        RYAN MOALEMI

20

21

22  DATED: July 9, 2008

23  By: _____
         JOSHUA MOALEMI
24

25

26

27

28

KIRBY NOONAN LANCE & HOGE LLP

EUROTECH WHEELS, LLC

EUROTECH RIMS, LLC

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

-3-

1  APPROVED TO FORM BY:

2  DATED: July 9, 2008            LAW OFFICES OF AMY J. WALLACE

3

4                                 By: _____
5                                     Amy J. Wallace
                                      Attorney for Eurotech Wheels, LLC and Eurotech
6                                     Rims, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

-4-

08-CV-171 JM (WMc)

# EXHIBIT 1

1   David J. Noonan (SBN 55966)
    KIRBY NOONAN LANCE & HOGE LLP
2   350 Tenth Avenue, Suite 1300
    San Diego, CA 92101
3   Telephone: (619) 231-8666
    Facsimile: (619) 231-9593
4   Email: DNoonan@knlh.com

5   John G. Froemming, Esq. (pro hac vice)
    Michael J. Bell, Esq. (pro hac vice application to be submitted)
6   HOWREY LLP
    1299 Pennsylvania Avenue, N.W.
7   Washington, D.C. 20004
    Telephone:  (202) 783-0800
8   Facsimile:  (202) 383-6610
    Email: FroemmingJ@howrey.com

9
    Counsel for Plaintiffs BMW of North America, LLC
10  and Bayerische Motoren Werke AG

11  Amy J. Wallace (SBN 110100)
    LAW OFFICES OF AMY J. WALLACE
12  3131 Camino Del Rio North, Suite 380
    San Diego, CA 92108
13  Telephone: (619) 293-3993
    Facsimile: (619) 282-7299
14  Email: Amy.Wallace@SBCGlobal.net

15  Counsel for Defendants Eurotech Wheels, LLC and
    Eurotech Rims, LLC
16

17              UNITED STATES DISTRICT COURT

18              SOUTHERN DISTRICT OF CALIFORNIA

19

20  BMW of North America, LLC, et al.,          )   Case No. 08-CV-171 JM (WMc)
                                                 )
21                   Plaintiffs,                 )   **CONSENT JUDGMENT AS TO**
                                                 )   **DEFENDANTS**
22        v.                                     )   **EUROTECH WHEELS, LLC AND**
                                                 )   **EUROTECH RIMS, LLC**
23  Eurotech Wheels, LLC, et al.,                )
                                                 )
24                   Defendants.                 )
                                                 )
25  _____

26

27

28

1    This matter having been opened to the Court upon the Complaint of Plaintiffs

2  BMW of North America, LLC and Bayerische Motoren Werke AG (collectively,

3  "BMW") against Defendants Eurotech Wheels, LLC, Eurotech Rims, LLC (collectively,

4  "Eurotech"), Ryan Moalemi and Joshua Moalemi alleging trademark infringement

5  under the Federal Trademark Act (the "Lanham Act"), 15 U.S.C. § 1114 and the

6  common law of California; unfair competition and false designation of origin under 15

7  U.S.C. § 1125(a) and under the common law of California; trademark counterfeiting

8  under 15 U.S.C. § 1114(1); unfair competition under Cal. Bus. & Profs. Code § 17200

9  *et seq.*; and as to Eurotech, design patent infringement under 35 U.S.C. §271;

10    Eurotech, having allegedly advertised and sold wheels in violation of BMW

11  trademark and design patent rights;

12    Eurotech, having represented and warranted that its only warehouses for wheels

13  that fit BMWs are three located at 6350 Nancy Ridge Road, Suite #104, San Diego, CA;

14  and that it has no parent, subsidiary, or affiliated businesses of any kind that are

15  involved in wheels for BMWs;

16    Eurotech, having represented and warranted that its total profits on challenged

17  wheel designs are $20,000 and $10,000, respectively; and that its total profits on wheels

18  bearing BMW's Roundel or M-stripes logo are $20,000 and $10,000, respectively;

19    Eurotech, without admitting any liability, and expressly denying same, solely to

20  avoid the expense and distraction of protracted litigation, and wishing to settle its

21  dispute with BMW amicably;

22    The parties having acknowledged the jurisdiction of this Court over them and the

23  subject matter hereof; and

24    With the consent of BMW and Eurotech, and for good cause, IT IS DECLARED

25  AND HEREBY ADJUDGED that:

26    This Court has jurisdiction over the subject matter hereof;

27

28

HOWREY

DM_US:21266613_1

BMW has extensively used and advertised its "Roundel" logo, M-Stripes logo and "BMW" word mark in connection with its business of designing, manufacturing, distributing, offering for sale and selling motor vehicles and wheels;

BMW is the exclusive owner of valid and subsisting federal trademark registrations, including incontestable trademark registrations for its BMW "Roundel" logo, M-Stripes logo and "BMW" word mark (*see* Exhibit A hereto), and that BMW's Roundel logo and "BMW" word mark are famous; and

BMW AG is the owner of various valid and lawfully issued United States Design Patents for designs of vehicle wheels, including but not limited to U.S. Design Patent Nos. 515,491; 514,999; 504,382; 493,404; 470,093; 532,358; 558,114; 560,585; 528,962; and 449,028 (collectively, the "BMW design patents") (*see* Exhibit B), and BMW NA is the licensee of said patents in the United States.

1.      Eurotech, its affiliates, agents, servants, employees, representatives, successors, assigns, attorneys-in-fact, and all those persons in active concert or participation with them who receive actual notice of this Consent Final Judgment by personal service or otherwise, including but not limited to Ryan Moalemi and Joshua Moalemi, and each of them, be and hereby are permanently enjoined and restrained from:

      A.      Ordering, accepting orders for, accepting shipment or delivery of, warehousing, manufacturing, importing, advertising or displaying (on the Internet or otherwise), marketing, promoting, offering for sale, selling or otherwise distributing, any wheels depicting, bearing, or in connection with BMW's Roundel or M Stripes logo (whether standing alone or on a wheel center cap or other tangible item), or any colorable imitation thereof;

      B.      Depicting BMW's Roundel or M stripes logo, or any other BMW logo, in Eurotech's advertising, or making any trademark use of the "BMW" word mark, or colorable imitation thereof on or in connection with advertising,

HOWREY

DM_US:21266613_1

offering for sale, displaying, selling, or otherwise distributing wheels, including but not limited to using the phrase "BMW wheels" or the like in connection with its Internet- or other advertising or sales. Metatags, keywords or keyword advertising may not include the phrase "BMW wheels," "BMW rims," "M3 wheels," "M3 rims," "328 wheels," "328 rims" or the like, and may not otherwise create a likelihood of confusion as to any connection between BMW and Eurotech, or as to the source, sponsorship, or approval of BMW's or Eurotech's goods. Eurotech shall cancel its registration of www.eurotechbmw.com and shall cease and desist from registering or using any domain name containing "BMW" or any other BMW Group mark;

C.    Any trademark use of any other BMW trademark or colorable imitation thereof;

D.    Doing any other act or thing, directly or indirectly, that is 1) likely to confuse, mislead, or deceive others into believing that Eurotech is connected with, affiliated with, sponsored by, licensed by, or approved by BMW, or that Eurotech's product or services are sponsored, licensed or approved by BMW; or that is 2) likely to dilute BMW's Roundel logo or "BMW" word mark;

E.    Manufacturing, importing, ordering, accepting orders for, accepting shipment or delivery of, warehousing, advertising, displaying, marketing, promoting, offering for sale, selling, trading, disposing of for commercial gain, or otherwise distributing the wheel models identified in Exhibit C hereto, or any and all other wheels that are covered by the BMW U.S. Design Patent Nos. 515,491; 514,999; 504,382; 493,404; 470,093; 532,358; 558,114; 560,585; 528,962; and 449,028.

2.    Eurotech may make a "fair use" or "nominative use" textual reference, in the identical font, format, size, and color as, and no more prominently than the surrounding text, to "BMW" or to other BMW word marks solely to communicate

HOWREY

DM_US:21266613_1

1   truthfully that certain Eurotech wheels identified prominently as Eurotech wheels and/or

2   by their third party supplier "fit BMWs" or are "for BMWs," or fit or are for specific

3   BMW models (such as the M3). No BMW word mark may appear in any of Eurotech's

4   advertised product or service names.

5         3.     Eurotech shall, within thirty (30) days of entry of this Consent Final

6   Judgment, notify in writing, with a copy to BMW, any and all third parties with which

7   Eurotech has placed advertisements using BMW's Roundel logo, M-Stripes logo or

8   trademark use of the "BMW" word mark, that such usage in advertisements must be

9   removed immediately.

10         4.     Eurotech shall, within thirty-five (35) days of entry of this Consent Final

11   Judgment, through a duly authorized officer or director, certify in a sworn written

12   statement that it has complied with and completed those actions ordered by paragraphs 1

13   and 3 herein.

14         5.     This Court shall retain jurisdiction of this matter and over the parties

15   thereto for the purpose of enforcing the terms of this Consent Final Judgment. The

16   parties acknowledge that a breach of this Consent Final Judgment by Eurotech would

17   result in immediate and irreparable injury to BMW, that it would be difficult or

18   impossible to establish the full monetary value of such damage, and that BMW would

19   be entitled to reimbursement of its reasonable attorney's fees and costs.

20         6.     Eurotech shall immediately provide a copy of this Consent Final Judgment

21   to any and all of its parent companies, subsidiaries, affiliates, owners, officers, directors,

22   partners, employees, agents, servants, representatives, successors, and assigns.

23         7.     Eurotech shall wire $25,000.00 to BMW AG in two installments, the first

24   immediately for $15,000 and the second by August 27, 2008 for $10,000, in care of the

25   Howrey LLP General Escrow account at Citibank FSB Washington, DC, account

26   number 3700-5235, routing number 254070116, identifying on the wire transfer

27   instructions that Eurotech is the party sending the wire.

28

8.    Within ten days of the entry of this Judgment, Eurotech shall identify, in writing and with specificity, each of its sources, by company name and address, telephone number, principal individual contact, shipper, broker or other purchasing agent, and port of entry, for each of its wheels a) identified in Exhibit C hereto or otherwise covered by Section 1 E above.  Eurotech shall also provide representative transactional documents sufficient to identify each of its different sources of such wheels.

9.    In accordance with § 34 of the Federal Trademark Act, 15 U.S.C. § 1116, the Clerk of the Court shall notify the Commissioner of Patents and Trademarks of the entry of this Consent Final Judgment who shall enter it upon the records of the United States Patent and Trademark Office.

10.    There being no just reason for delay, the Clerk of this Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Consent Final Judgment forthwith.

The parties, through their undersigned counsel, hereby consent to the entry of the foregoing Consent Final Judgment and waive any and all rights of appeal.

Eurotech Wheels, LLC

By: _____

Date: July 4, 2008


Eurotech Rims, LLC

By: _____

Date: July 4, 2008

BMW of North America, LLC and
Bayerische Motoren Werke AG

By Counsel: _____
David J. Noonan, Esq.
KIRBY NOONAN LANCE & HOGE

John G. Froemming, Esq.
HOWREY LLP

Date: JULY 3 - 08

Ryan Moalemi

By: _[signature]_

Date: July 1, 2008

Joshua Moalemi

By: _[signature]_

Date: July 1, 2008

Approved as to form by: _[signature]_
Amy J. Wallace, Esq.
LAW OFFICES OF AMY J. WALLACE
Counsel for Eurotech Wheels, LLC and
Eurotech Rims, LLC

Date: July 3, 2008

IT IS SO ORDERED.

Dated: June 3, 2008

_[signature]_

_____
United States District Judge

# EXHIBIT A

Int. Cls.: 37 and 42

Prior U.S. Cls.: 101 and 103

## United States Patent and Trademark Office

Reg. No. 1,170,556
Registered Sep. 22, 1981

### SERVICE MARK
Principal Register



Bayerische Motoren Werke Aktiengesellschaft (Fed.
  Rep. of Germany joint stock company)
8000 München 40, Fed. Rep. of Germany

  For: REPAIR AND MAINTENANCE SER-
VICES FOR MOTOR VEHICLES AND MOTOR
VEHICLE ENGINES, in CLASS 37 (U.S. Cl. 103).
  First use 1918; in commerce Feb. 1949.
  For: RETAIL MOTOR VEHICLE AND MO-
TOR VEHICLE ENGINE DEALERSHIP SER-
VICES, in CLASS 42 (U.S. Cl. 101).

First use 1918; in commerce Feb. 1949.
Owner of U.S. Reg. Nos. 611,710 and 613,465.
The stippling shown in the mark on the drawing is
to indicate shading, but not color.

  Ser. No. 205,383, filed Feb. 27, 1979.

J. C. DEMOS, Deputy Director

JAMES H. JOHNSON, Examiner

Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 14, 16, 17, 18, 20, 21, 22, 24, 25, 26, 27, 28, 34, 35, 36, 37, 39, 41 and 42

Prior U.S. Cls.: 1, 2, 3, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 37, 38, 39, 41, 42, 50, 100, 101, 102, 103, 105, and 107

**Reg. No. 1,450,212**

# United States Patent and Trademark Office    Registered Aug. 4, 1987

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AKTIENGE-
SELLSCHAFT (FED REP GERMANY COM-
PANY)
130 PETUELRING
D–8000 MUNICH 40, FED REP GERMANY

FOR: INDUSTRIAL CHEMICALS, FIRE EX-
TINGUISHING COMPOSITIONS; TEMPERING
AND SOLDERING PREPARATIONS; INDUS-
TRIAL ADHESIVES; ALL FOR USE IN THE
AUTOMOTIVE INDUSTRY, IN CLASS 1 (U.S.
CLS. 5 AND 6).

FOR: PAINTS; VARNISHES; LACQUERS;
PRESERVATIVES AGAINST RUST AND
AGAINST DETERIORATION OF WOOD;
DYES; MORDANTS FOR WOOD; COLORING
MORDANTS FOR LEATHER; METALS IN
FOIL AND POWDER FORM FOR PAINTERS,
DECORATORS, PRINTERS AND ARTISTS;
ALL FOR USE IN THE AUTOMOTIVE INDUS-
TRY, IN CLASS 2 (U.S. CLS. 6, 14 AND 16).

FOR: BLEACHING PREPARATIONS AND
OTHER LAUNDRY SUBSTANCES; CLEANING,
POLISHING, SCOURING AND ABRASIVE
PREPARATIONS; SOAPS; PERFUMERY; ES-

2                                    1,450,212

SENTIAL OILS; COSMETICS; HAIR LOTIONS, IN CLASS 3 (U.S. CLS. 51 AND 52).

FOR: INDUSTRIAL OILS AND GREASES; LUBRICANTS; DUST-ABSORBING, WETTING AND BINDING COMPOSITIONS; SOLID, LIQUID AND GASEOUS FUELS (INCLUDING MOTOR SPIRIT); ILLUMINANTS; CANDLES; WICKS; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 4 (U.S. CL. 15).

FOR: FULL LINE OF PHARMACEUTICAL, VETERINARY AND SANITARY PREPARA-TIONS; PLASTERS, MATERIALS FOR DRESS-INGS; FIRST-AID KITS; FIRST-AID CUSHIONS; DISINFECTANTS, IN CLASS 5 (U.S. CL. 18).

FOR: CONSTRUCTION MATERIALS OF METAL; TRANSPORTABLE BUILDINGS OF METAL; NON-ELECTRIC CABLES AND WIRES OF COMMON METAL; IRONMON-GERY; SMALL ITEMS OF METAL HARD-WARE; PIPES AND TUBES OF METAL; SAFES; GOODS OF COMMON METAL, NAMELY, CASH BOXES, TOOL BOXES, IDENTIFICA-TION PLATES AND REINFORCEMENTS THEREFOR; TRANSPORT CONTAINERS AND TANKS; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 6 (U.S. CLS. 2, 12, 15 AND 25).

FOR: METAL-, WOOD-, PLASTICS-WORK-ING MACHINES; MACHINES FOR THE AUTO-MOTIVE INDUSTRY; TIRE MOUNTING MA-CHINES; FOUNDRY MACHINES; LIFTING AP-PARATUS; CRANES; VARNISHING MA-CHINES; POLISHING MACHINES (OTHER THAN FOR HOUSEHOLD PURPOSES); PRESS-ES (MACHINES); SHARPENING MACHINES; WELDING MACHINES; GENERATING UNITS CONSISTING OF INTERNAL COMBUSTION ENGINES AND ELECTRIC GENERATORS; ELECTRIC GENERATORS; WASHING MA-CHINES AND PARTS THEREOF; MACHINE TOOLS AND THEIR PARTS; ENGINES (EXCEPT FOR LAND VEHICLES) AND PARTS THEREOF; IGNITION DEVICES FOR INTER-NAL COMBUSTION ENGINES AND PARTS THEREOF; CARBURETORS; FUEL INJECTION PUMPS; TRANSMISSIONS; CLUTCHES AND DRIVE BELTS (EXCEPT FOR LAND VEHI-CLES) AND PARTS THEREOF, IN CLASS 7 (U.S. CLS. 21, 23 AND 35).

FOR: HAND TOOLS (HAND OPERATED); HAND OPERATED IMPLEMENTS FOR THE CONSTRUCTION OF MACHINES; APPARATUS AND VEHICLES; MANUALLY OPERATED LIFTING JACKS; CUTLERY, FORKS AND SPOONS; SIDE ARMS; RAZORS; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS ^ (U.S. CLS. 9 AND 23).

FOR: ELECTRICAL APPARATUS AND IN-STRUMENTS FOR POWER FIELD, NAMELY FOR THE FIELDS OF CONDUCTION, TRANS-FORMATION, STORAGE, REGULATION AND CONTROL; ELECTRICAL APPARATUS AND INSTRUMENTS FOR LOW CURRENT FIELDS, NAMELY FOR THE FIELDS OF TELECOM-MUNICATION, HIGH-FREQUENCY AND REG-ULATION; ELECTRIC SOLDERING APPARA-TUS; PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, MEASURING, SIGNALLING, MONI-TORING, LIFE-SAVING AND TEACHING AP-PARATUS AND INSTRUMENTS; CLOTHING FOR PROTECTION AGAINST FIRE AND AC-CIDENTS, INCLUDING FOOTWEAR, PROTEC-TIVE HELMETS, PROTECTIVE EYEGLASSES, SUNGLASSES; APPARATUS FOR RECORD-ING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; MAGNETIC DATA CAR-RIERS; RECORDING DISCS; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN-OPERATED APPARATUS; CASH REGISTERS; CALCULATING MACHINES AND DATA PROCESSING EQUIPMENT; FIRE-EX-TINGUISHING APPARATUS, IN CLASS 9 (U.S. CLS. 21, 26 AND 39).

FOR: APPARATUS FOR LIGHTING, HEAT-ING, STEAM GENERATING, COOKING, RE-FRIGERATING, DRYING, VENTILATING AND WATER SUPPLY; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 11 (U.S. CLS. 13 AND 34).

FOR: LAND, AIR AND WATER VEHICLES AND PARTS THEREOF NOT INCLUDED IN OTHER CLASSES; ENGINES; COUPLINGS AND DRIVE BELTS FOR LAND VEHICLES AND PARTS THEREOF; VEHICLE REGISTRA-TION PLATES; TOW HOOKS; STARTERS; EX-HAUST PIPES AND MUFFLERS; EXHAUST SYSTEMS COMPOSED OF EXHAUST PIPES AND MUFFLERS; BRAKES; CHASSIS; DIREC-TIONAL SIGNALS; VEHICLE AXLES; VEHI-CLE SEATS; SUSPENSIONS; WINDOWPANES; WINDSHIELDS; TRANSMISSIONS FOR LAND VEHICLES; HORNS; CAR BODIES AND PARTS THEREOF; STEERING LINKAGES; STEERING GEARS; STEERING WHEELS; AIR GUIDE DE-VICES, NAMELY, SPOILERS AND AIR GUIDE WINGS; WHEELS; PNEUMATIC TIRES; RIMS FOR VEHICLE WHEELS; VALVES FOR VEHI-CLE TIRES; MIRRORS; SHOCK ABSORBERS; VEHICLE BUMPERS; IGNITION DEVICES FOR LAND VEHICLE ENGINES AND PARTS THEREFOR; VEHICLE ACCESSORIES, NAMELY, TOW ROPES, TOW RODS, TRAILER HITCHES, BURGLAR ALARMS, THEFT PRO-TECTION DEVICES, MATS, BAGGAGE CAR-RIERS, ANTI-SKID CHAINS, HEAD RESTS,

**3**

AIR PUMPS, MUDGUARDS, SAFETY BELTS, SAFETY CUSHIONS, SAFETY SEATS FOR CHILDREN, SKI CARRIERS, SUN VISORS, SUN PROTECTING GLASS PANES, SUN BLINDS, SURFBOARD MOUNTING SUPPORTS, WARNING SIGNS, HAZARD WARNING LAMPS, WIND DEFLECTORS, BODY TRIMS, STRIPES; ACCESSORY CASES; CIGAR LIGHTERS AND CIGARETTE LIGHTERS FOR AUTOMOBILES; ACCESSORIES FOR MOTORCYCLES, NAMELY, THEFT PROTECTION DEVICES, REPAIR KITS FOR TIRES, TWO-WAY COMMUNICATION SETS, BAGGAGE CONTAINERS, SUITCASE AND BAGGAGE CARRIERS, AIR PUMPS, SADDLEBAGS, ROLL BARS, TANK RUCKSACKS, TANK BAGS AND POCKETS, COVERINGS; RUDDERS AND SCREWS (PROPELLERS) FOR SHIPS, IN CLASS 12 (U.S. CLS. 2, 13, 19, 21 AND 23).

FOR: GOODS IN PRECIOUS METALS, THEIR ALLOYS OR GOODS COATED THEREWITH, NAMELY, HANDCRAFTED ARTICLES, ORNAMENTAL ARTICLES, TABLE WARE (EXCEPT TABLE CUTLERY), EPERGNES, ASH TRAYS, TOBACCO BOXES, BOXES FOR CIGARS AND CIGARETTES, CIGAR AND CIGARETTE HOLDERS; JEWELRY; PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FOR: PAPER; CARDBOARD; AND GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, FACE TOWELS, TABLE NAPKINS, FILTER PAPER, POCKET HANDKERCHIEFS, HYGIENIC PAPER, BABIES' NAPKINS, CASES AND BAGS FOR PACKAGING, BADGES, TRANSFER-PICTURES, PLAQUES, STICKERS, LABELS, SELF-ADHESIVE PLASTIC SHEETS FOR DECORATIVE PURPOSES, PRINTED MATTER; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; PAINT BRUSHES; TYPEWRITERS AND OFFICE REQUISITES (EXCEPT FURNITURE), NAMELY, NON-ELECTRIC APPARATUS; INSTRUCTIONAL AND TEACHING MATERIAL (EXCEPT APPARATUS) IN THE FORM OF PRINTED MATTER; GAMES; GLOBES; DRAWING INSTRUMENTS FOR BLACKBOARDS; PLASTIC MATERIALS FOR PACKAGING, NAMELY, ENVELOPES, BAGS AND FILMS; PLAYING CARDS; PRINTERS' TYPE; PRINTING BLOCKS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FOR: GOODS MADE OF RUBBER, GUTTA-PERCHA OR GUM, NAMELY, THREADS OF RUBBER (NOT FOR TEXTILE USE), INSULATING GLOVES, WASHERS, SHOCK-ABSORBING BUFFERS, RINGS, PIPE AND HOSE CONNEC-

TION PARTS; PACKAGING AND PADDING MATERIALS; GOODS MADE OF ASBESTOS, NAMELY, WALL-COVERINGS, PACKING, CLOTH, ASBESTOS PAPER OR MILL BOARDS, SOLES; GOODS MADE OF MICA, NAMELY, INSULATING PLATES; PACKING, SEALING AND INSULATING MATERIALS; FLEXIBLE PIPES (NOT OF METAL), IN CLASS 17 (U.S. CLS. 1 AND 35).

FOR: GOODS MADE OF LEATHER OR OF LEATHER IMITATIONS, NAMELY, HANDBAGS AND GENERAL PURPOSE CASES, IN PARTICULAR PURSES, POCKET WALLETS, KEY CASES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; SADDLERY, IN CLASS 18 (U.S. CLS. 3 AND 41).

FOR: FURNITURE; MIRRORS; PICTURE FRAMES; GOODS MADE OF WOOD OR WOOD SUBSTITUTES, NAMELY, CASES, TRANSPORT PALLETS, VATS AND SPIGOTS, TOOL HANDLES, REELS FOR YARN, COAT HANGERS, CLOTHES-PEGS, WORKS OF ART, DECORATIVE OBJECTS; GOODS OF CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS; GOODS MADE OF PLASTICS, NAMELY, TRANSPORT CONTAINERS, VATS, TANKS, RIVETS, SCREWS, PINS, SIGNBOARDS, BADGES, TRANSFER-PICTURES, STICKERS, LABELS, PLAQUES, FURNITURE, WINDOW AND DOOR FITTINGS, CURTAIN RODS, CURTAIN HOOKS, SLATTED INDOOR BLINDS, COVERS FOR CLOTHING, COAT HANGERS, CLOTHES-PEGS, BOTTLE CLOSURES, KEY PENDANTS , IN CLASS 20 (U.S. CLS. 2, 13, 32 AND 50).

FOR: SMALL HAND-OPERATED HOUSEHOLD OR KITCHEN APPARATUS AND INSTRUMENTS; HOUSEHOLD OR KITCHEN CONTAINERS (NOT OF PRECIOUS METAL OR COATED THEREWITH); COMBS AND SPONGES; BRUSHES (EXCEPT PAINT BRUSHES); CLEANING IMPLEMENTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS (EXCEPT GLASS USED IN BUILDING); GLASSWARE, PORCELAIN AND EARTHENWARE FOR HOUSEHOLD AND KITCHEN; WORKS OF ART MADE OF GLASS, PORCELAIN OR EARTHENWARE, IN CLASS 21 (U.S. CLS. 2, 13, 29, 30 AND 33).

FOR: ROPES; STRING; FISHING NETS; TENTS; AWNINGS; TARPAULINS; SAILS; PADDING AND STUFFING MATERIALS (EXCEPT OF RUBBER OR PLASTICS); RAW FIBROUS TEXTILE MATERIALS, IN CLASS 22 (U.S. CLS. 1, 7 AND 22).

4                                    1,450,212

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, CLOTHS, CURTAINS, BLINDS, HOUSEHOLD LINEN, TABLE LINEN, BED LINEN; COLORS; FLAGS; PENNANTS; BADGES OF CLOTH; TRAVELLING BLANKETS; TRAVELLING PLAIDS; BED AND TABLE COVERS, IN CLASS 24 (U.S. CL. 42).

FOR: CLOTHING INCLUDING ELECTRICALLY HEATED CLOTHING; FOOTWEAR; HEADGEAR; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 25 (U.S. CL. 39).

FOR: LACE AND EMBROIDERY; RIBBONS AND BRAID; BUTTONS; HOOKS AND EYES; PINS AND NEEDLES; SEW-ON LABELS; PIN BADGES; BADGES WITH SAFETY PINS; BUTTONHOLE BADGES; BELT CLASPS; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CL. 40).

FOR: CARPETS; RUGS; MATS AND MATTING; LINOLEUM AND FLOOR COVERINGS OF RUBBER, PLASTICS OR TEXTILE, IN CLASS 27 (U.S. CLS. 19, 42 AND 50).

FOR: GAMES AND PLAYTHINGS; EXERCISING APPARATUS; SKI, TENNIS AND FISHING EQUIPMENT; SKI, CRICKET AND GOLF BAGS, IN CLASS 28 (U.S. CLS. 2 AND 22).

FOR: SMOKERS' ARTICLES, NAMELY, TOBACCO TINS, CIGAR AND CIGARETTE HOLDERS, CIGAR AND CIGARETTE CASES, ASHTRAYS (NOT OF PRECIOUS METALS) THEIR ALLOYS OR COATED THEREWITH, PIPE STANDS, PIPE CLEANERS, CIGAR CUTTERS, PIPES, LIGHTERS, POCKET APPARATUS FOR ROLLING CIGARETTES, CIGARETTE PAPER, CIGARETTE FILTERS; MATCHES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING AND BUSINESS, NAMELY, MANAGEMENT CONSULTING; PROCUREMENT OF CONTRACTS FOR THE PURCHASE AND SALE OF GOODS; PUBLICITY SERVICES, IN CLASS 35 (U.S. CL. 101).

FOR: INSURANCE AND FINANCIAL, NAMELY, CREDIT CONSULTING, CREDIT BROKERAGE, REAL ESTATE MANAGEMENT AND APARTMENT HOUSE MANAGEMENT, REAL ESTATE AGENCIES, LEASING, INSURANCE BROKERAGE, IN CLASS 36 (U.S. CLS. 101 AND 102).

FOR: CONSTRUCTION AND REPAIR, NAMELY, CONSTRUCTION (ABOVE OR BELOW GROUND), CONSTRUCTION BY ENGINEERS, REPAIR OF BUILDINGS, REPAIR AND MAINTENANCE OF MOTOR VEHICLES AND MOTORS, IN CLASS 37 (U.S. CL. 103).

FOR: TRANSPORTATION AND STORAGE, NAMELY, TRANSPORT OF PERSONS AND GOODS BY MOTOR VEHICLES, BY RAILWAYS, VESSELS AND AIRPLANES; ARRANGING OF TOURS; TRAVEL AGENCIES; AGENCIES FOR TRANSPORT OF PERSONS; ORGANIZATION OF SIGHTSEEING TOURS; ESCORTING OF TRAVELLERS; MOTOR CAR RENTAL, IN CLASS 39 (U.S. CL. 105).

FOR: EDUCATION AND ENTERTAINMENT, NAMELY, EDUCATION, AND EDUCATIONAL COURSES FOR WORKERS, SKILLED WORKERS, WHITE COLLAR WORKERS, ENGINEERS, MANAGERS AND OTHER STAFF MEMBERS OF THIRD PARTIES; INSTRUCTION IN DRIVING; INSTRUCTION IN SPORTS; MUSEUM SERVICES; MUSIC PERFORMANCES; THEATRE PERFORMANCES; PRESENTATION OF ART EXHIBITIONS; PRESENTATION OF SPORT COMPETITIONS; PUBLICATION AND ISSUING OF BOOKS, JOURNALS AND MAGAZINES, IN CLASS 41 (U.S. CLS. 101 AND 107).

FOR: MISCELLANEOUS, NAMELY, NEGOTIATION AND SETTLEMENT OF COMMERCIAL TRANSACTIONS FOR THIRD PARTIES, ARCHITECTURAL CONSULTATION AND CONSTRUCTION DRAFTING, LODGING AND BOARDING SERVICES, SERVICES OF ARCHITECTS, SERVICES OF INTERIOR DECORATORS, SERVICES OF ENGINEERS, COMPUTER PROGRAMMING, IN CLASS 42 (U.S. CL. 100).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. B73676/12WZ, FILED 12-30-1983, REG. NO. 1064910, DATED 6-25-1984, EXPIRES 12-30-1993.

SER. NO. 487,543, FILED 6-29-1984.

GABRIELLE SIMAN, EXAMINING ATTORNEY

Exhibit A
Page 5.

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 613,465
Registered Oct. 4, 1955

10 Year Renewal

Renewal Term Begins Oct. 4, 1995

## TRADEMARK
## PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AK-
TIENGESELLSCHAFT (FED REP
GERMANY CORPORATION)
PETUELRING 130
D-80788 MUENCHEN, FED REP GER-
MANY

FOR: AUTOMOBILES, MOTOR
CYCLES, [SIDE CARS FOR MOTOR
CYCLES, MOTOR DRIVEN TRICYCLES

FOR TRANSPORTING PASSENGERS,
AND MOTOR DRIVEN TRICYCLES
FOR TRANSPORTING GOODS,] AND
PARTS THEREOF, IN CLASS 19 (INT.
CL. 12).

FIRST USE 10-5-1917; IN COMMERCE
2-0-1949.

SER. NO. 71-662,351, FILED 3-10-1954.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 2, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 3, 4, 6, 7, 9, 11, 12, 14, 16, 18, 20, 21, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 12, 13, 14, 15, 19, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 44, 50, 51 and 52

## United States Patent and Trademark Office

Reg. No. 2,752,258
Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AKTIENGE-SELLSCHAFT (FED REP GERMANY CORPORATION)
PETUELRING 130
D-80788 MUENCHEN, FED REP GERMANY

FOR: CLEANING PREPARATIONS FOR USE IN THE AUTOMOTIVE FIELD; POLISH, NAMELY, CHROME, AUTOMOBILE POLISH; CAR CARE PRODUCTS, NAMELY, INTERIOR CLEANER, WHEEL CLEANER, CAR SHAMPOO, LEATHER CARE, RUBBER CARE AND CAR WAX, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: ENGINE OILS, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: METAL KEY RINGS; METAL MONEY CLIPS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: VEHICLE PARTS, NAMELY, ENGINE COVERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: COMPACT DISC PLAYERS; CELLULAR PHONES AND PARTS THEREOF; MOUSE PADS; GLOBAL POSITIONING SYSTEMS CONSISTING PRIMARILY OF COMPUTERS, COMPUTER SOFTWARE, TRANSMITTERS, RECEIVERS AND NET-WORK INTERFACE DEVICES; ODOMETER/TACHOMETER DISPLAYS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SPOT LAMPS; MAP LIGHTS; LIGHTS FOR VEHICLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: WHEEL STUD LOCKS; VALVE STEM CAPS; BICYCLES; BICYCLES STANDS FOR STATIONARY TRAINING; BICYCLE BAGS, NAMELY, BAGS MADE TO FIT BICYCLES; BULK HAULING TRAILERS; TRAILER HITCH KITS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES; CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BACKPACKS; CARRY-ALL BAGS; DUFFEL BAGS; FANNY PACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NON-METAL KEY RINGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: GLOVES; DRESSES; SHIRTS; SCARVES; SWEATSHIRTS; TIES; WIND RESISTANT JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GOLF BAGS; GOLF BALLS; SNOW-BOARDS; SKATEBOARDS; TOY MOTORCYCLES; MINIATURE TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO. 91884, DATED 3-23-1999, EXPIRES 4-1-2006.

OWNER OF U.S. REG. NOS. 611,710, 1,627,241 AND OTHERS.

SER. NO. 76-410,806, FILED 5-15-2002.

JOHN DALIER, EXAMINING ATTORNEY

Exhibit A
Page 8.

**Int. Cls.: 37 and 42**

**Prior U.S. Cls.: 101 and 103**

**United States Patent and Trademark Office**

Reg. No. 1,164,922
Registered Aug. 11, 1981

## SERVICE MARK
### Principal Register

## BMW

Bayerische Motoren Werke Aktiengesellschaft (Fed. Rep. of Germany joint stock company)
8000 Munchen 40, Fed. Rep. of Germany

For: REPAIR AND MAINTENANCE SERVICES FOR MOTOR VEHICLES AND MOTOR VEHICLE ENGINES, in CLASS 37 (U.S. Cl. 103).
    First use 1918; in commerce Feb. 1949.
For: RETAIL MOTOR VEHICLE AND MOTOR VEHICLE ENGINE DEALERSHIP SERVICES, in CLASS 42 (U.S. Cl. 101).
    First use 1918; in commerce Feb. 1949.
    Owner of U.S. Reg. Nos. 611,710 and 613,465.

Ser. No. 205,394, filed Feb. 27, 1979.

J. C. DEMOS, Deputy Director

JAMES H. JOHNSON, Examiner

Exhibit A
Page 9.

Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 14, 16, 18, 20, 21, 22, 24, 25, 27, 28 and 34

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 46, 50, 51 and 52

Reg. No. 2,816,178

# United States Patent and Trademark Office

Registered Feb. 24, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## BMW

BAYERISCHE MOTOREN WERKE AKTIENGE-SELLSCHAFT (FED REP GERMANY COR-PORATION)
PETUELRING 130
D-80788 MUENCHEN, FED REP GERMANY

FOR: ANTIFREEZE, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: PAINTS, NAMELY, PAINT FOR USE IN THE MANUFACTURE OF AUTOMOBILES, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: CLEANING PREPARATIONS FOR USE IN THE AUTOMOTIVE FIELD; POLISH, NAMELY CHROME, AUTOMOBILE POLISH; CAR CARE PRODUCTS, NAMELY, INTERIOR CLEANER, WHEEL CLEANER, CAR SHAMPOO, LEATHER CARE, RUBBER CARE AND CAR WAX , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: ENGINE LUBRICANTS; ENGINE OILS; GEAR OILS, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: FIRST AID KITS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: METAL KEY RINGS; METAL MONEY CLIPS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: VEHICLE PARTS, NAMELY ENGINE COV-ERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: HAND TOOLS, NAMELY, SCRAPERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: COMPACT DISC PLAYERS; CELLULAR PHONES AND PARTS THEREOF; MOUSE PADS;

GLOBAL POSITIONING SYSTEMS CONSISTING PRIMARILY OF COMPUTERS, COMPUTER SOFT-WARE, TRANSMITTERS, RECEIVERS AND NET-WORK INTERFACE DEVICES; FLASHING SAFETY LIGHTS; SUNGLASSES; TIRE PRESSURE GAUGES; ODOMETER/TACHOMETER DISPLAYS; COM-PACT DISC CASES; COMPACT DISC CARRYING CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SPOT LAMPS; MAP LIGHTS; LIGHTS FOR VEHICLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: WHEEL STUD LOCKS; VALVE STEM CAPS; ANTI-THEFT ALARM SYSTEMS; BICYCLE LIFTS; BICYCLES; BICYCLE STANDS FOR STATIONARY TRAINING; CARGO CARRIERS FOR VEHICLES; TIRE KITS FOR VEHICLES CONTAINING TIRE PRESSURE MONITOR AND TIRE SEALANT; ROOF RACK STORAGE CONTAINERS FOR LAND VEHI-CLES; LICENSE PLATE FRAMES; BULK HAULING TRAILERS; SEAT COVERS FOR VEHICLES; COV-ERS FOR VEHICLE BUMPERS; SUNSHADES FOR VEHICLES; MUD FLAPS FOR VEHICLES; TRAILER HITCH KITS; FITTED COVERS FOR VEHICLES; RACKS FOR VEHICLES, NAMELY, SKI RACKS AND BICYCLE RACKS; BICYCLE BAGS; MOTOR-CYCLE SADDLEBAGS; FITTED CAR COVERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: PRECIOUS METAL MONEY CLIPS; WATCHES; CLOCKS; TIE CLIPS; TIE PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BACKPACKS; BRIEFCASES; BUSINESS CARD CASES; CARRY-ALL BAGS; DUFFEL BAGS; LEATHER POUCHES; LUGGAGE BOXES FOR VE-

HICLES; TRAVEL BAGS; UMBRELLAS; FANNY PACKS; WALLETS MADE OF LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NON-METAL KEY RINGS; PICTURE FRAMES MADE OF LEATHER; FURNITURE TABLES; CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: PROTECTIVE LINERS FOR THE CARGO AREA OF VEHICLES; TIE DOWN STRAPS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FOR: BLANKETS; TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: SUITS; TIES; DRESSES; FLIP FLOPS; TURTLE NECKS; HEADWEAR; WIND RESISTANT JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: GOLF BAGS; GOLF BALLS; GOLF DIVOT TOOLS; GOLF GLOVES; TOY RACETRACKS; SNOWBOARDS; SKATEBOARDS; TOY MOTORCYCLES; MINIATURE TOY VEHICLES; PROTECTIVE ATHLETIC EQUIPMENT, NAMELY KIDNEY GUARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: CIGARETTE LIGHTERS NOT FOR LAND VEHICLES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

OWNER OF ERPN CMNTY TM OFC REG. NO. 91835, DATED 2-25-2000, EXPIRES 2-25-2010.

OWNER OF U.S. REG. NOS. 611,710, 1,627,241 AND OTHERS.

SER. NO. 76-410,763, FILED 5-16-2002.

JOHN DALIER, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 611,710
Registered Sep. 6, 1955
Renewal Term Begins Sep. 6, 1995

10 Year Renewal

## TRADEMARK
## PRINCIPAL REGISTER

## BMW

BAYERISCHE MOTOREN WERKE AK-
  TIENGESELLSCHAFT (FED REP
  GERMANY CORPORATION)
PETUELRING 130
D-80788 MUENCHEN, FED REP GER-
  MANY

FOR: AUTOMOBILES, MOTOR-
CYCLES [ SIDE CARS FOR MOTOR

CYCLES, MOTOR DRIVEN TRICYCLES
FOR TRANSPORTING PASSENGERS,
MOTOR DRIVEN TRICYCLES FOR
TRANSPORTING GOODS], IN CLASS 19
(INT. CL. 12).
  FIRST USE 10-5-1917; IN COMMERCE
2-0-1949.

  SER. NO. 71-662,350, FILED 3-10-1954.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 30, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS



Int. Cl.: 25

Prior U.S. Cl.: 39

# United States Patent and Trademark Office

Reg. No. 1,627,241
Registered Dec. 11, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## BMW

BAYERISCHE MOTOREN WERKE AKTIENGE-
  SELLSCHAFT (FED REP GERMANY STOCK
  COMPANY)
POSTFACH 40 02 40
PETUELRING 130, BMW HAUS
MUNCHEN, FED REP GERMANY 40

FOR: CLOTHING, NAMELY SHIRTS, TEE
SHIRTS, POLO SHIRTS, SWEAT SHIRTS,
SWEATERS, BLOUSES, PULLOVERS, VESTS,
KNITTED AND UNKNITTED JACKETS, KNIT-
TED BLAZERS, ANORAKS, CARDIGANS,
COATS, PANTS, SHORTS, JOGGING SUITS,
OVERALLS, BATHROBES, SOCKS, TIES, CAPS,

VISORS, SCARVES, GLOVES, LEATHER
WIND RESISTANT JACKETS, LEATHER
JACKETS, LEATHER SUITS, RUNNING SUITS,
RAIN SUITS, BOOTS, GOLF JACKETS AND
NIGHTSHIRTS, IN CLASS 25 (U.S. CL. 39).
  FIRST USE 1-0-1984; IN COMMERCE
0-0-1984.
  OWNER OF U.S. REG. NOS. 611,710, 1,450,212
AND OTHERS.

  SER. NO. 73-823,807, FILED 9-6-1989.

MARIE-ANNE MASTROVITO, EXAMINING
  ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,438,545
Registered May 5, 1987

## TRADEMARK
### PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AKTIENGE-
SELLSCHAFT (FED REP GERMANY CORPO-
RATION)
PETUELRING 130, BMW HAUS
MUNICH 40, FED REP GERMANY

FOR: AUTOMOBILES, IN CLASS 12 (U.S. CL.
19).

FIRST USE 0–0–1982; IN COMMERCE
1–1–1985.
THE DRAWING IS LINED TO INDICATE
THE COLORS BLUE, VIOLET AND RED.

SER. NO. 474,699, FILED 5–15–1986.

FRANK HELLWIG, EXAMINING ATTORNEY

Exhibit A
Page 14.

Int. Cls.: 12, 25 and 27

Prior U.S. Cls.: 19, 20, 21, 22, 23, 31, 35, 37, 39, 42, 44
and 50

Reg. No. 2,683,597

## United States Patent and Trademark Office

Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AKTIENGE-
SELLSCHAFT (FED REP GERMANY COR-
PORATION)
PETUELRING 130
D-80788 MUENCHEN, FED REP GERMANY

FOR: VALVE STEM CAPS; LICENSE PLATE
FRAMES, GEAR SHIFT KNOBS, IN CLASS 12 (U.S.
CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

FOR: HEADWEAR; PULLOVERS; SWEATERS;
SHORTS; TURTLENECKS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

FOR: FLOOR MATS; TRUNK MATS, IN CLASS 27
(U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

OWNER OF U.S. REG. NOS. 1,438,545 AND
2,381,292.

THE MARK IS LINED TO INDICATE THE COL-
ORS BLUE, VIOLET AND RED.

SER. NO. 76-410,758, FILED 5-16-2002.

BRIAN NEVILLE, EXAMINING ATTORNEY

# EXHIBIT B



US00D515491S

(12) **United States Design Patent** (10) Patent No.:          **US D515,491 S**

Elmitt                                        (45) Date of Patent:   ** **Feb. 21, 2006**

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor:   Karl John Elmitt, Eching (DE)

(73) Assignee:   Bayerische Motoren Werke
                 Aktiengesellschaft, Munich (DE)

(**) Term:       14 Years

(21) Appl. No.: 29/224,578

(22) Filed:      Mar. 4, 2005

(30)       **Foreign Application Priority Data**

Sep. 7, 2004   (DE) ...................................... 4 04 05 166

(51) **LOC (8) Cl.** .................................................. 12-16
(52) **U.S. Cl.** .................................................. D12/209
(58) **Field of Classification Search** ........ D12/204–213;
                 301/37.101, 64.101, 65
     See application file for complete search history.

(56)            **References Cited**

         U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D416,532 S | * | 11/1999 | Cullen | ...................... | D12/209 |
| D421,417 S | * | 3/2000 | Weidhase | ................... | D12/209 |
| D432,973 S | * | 10/2000 | Fitzgerald | .................. | D12/209 |

| | | | | | |
|---|---|---|---|---|---|
| D433,659 S | * | 11/2000 | Frizzi | ........................... | D12/211 |
| D460,940 S | * | 7/2002 | Chung | ........................ | D12/209 |
| D463,349 S | * | 9/2002 | Vian | ........................... | D12/209 |
| D466,853 S | * | 12/2002 | Maifrini | ..................... | D12/211 |
| D472,866 S | * | 4/2003 | Pfeiffer et al. | .............. | D12/211 |
| D486,770 S | * | 2/2004 | Pollmann | .................. | D12/209 |
| D489,309 S | * | 5/2004 | Laengerer | ................... | D12/211 |
| D500,277 S | * | 12/2004 | Kataoka | ..................... | D12/209 |
| D503,669 S | * | 4/2005 | Bhambra | ................... | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)            **CLAIM**

The ornamental design for a front face of a vehicle wheel,
as shown and described.

            **DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel
according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle
wheel according to my novel design.
The broken lines are for illustrative purposes only and form
no part of the claimed design.

            **1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Feb. 21, 2006          US D515,491 S



FIG . 1



FIG . 2



US00D514999S

(12) **United States Design Patent** (10) Patent No.: **US D514,999 S**
Boyer                                   (45) Date of Patent: ** Feb. 14, 2006

(54) FRONT FACE OF A VEHICLE WHEEL

(75) Inventor: Boyke Boyer, Ismaning (DE)

(73) Assignee: Bayerische Motoren Werke
Aktiengesellschaft, Munich (DE)

(**) Term: 14 Years

(21) Appl. No.: 29/182,331

(22) Filed: May 27, 2003

(30)       Foreign Application Priority Data

Nov. 25, 2002   (DE) ........................................ 4 02 09 836

(51) LOC (8) Cl. ..................................................... 12-16
(52) U.S. Cl. .................................................... D12/209
(58) Field of Classification Search ........ D12/204–213;
301/37.101, 64.101, 65
See application file for complete search history.

(56)              References Cited

U.S. PATENT DOCUMENTS

D409,968 S  *  5/1999  Goplen ........................ D12/211
D447,106 S  *  8/2001  Chung ........................ D12/209

| | | | | |
|---|---|---|---|---|
| D471,144 S | * | 3/2003 | Pfeiffer | D12/209 |
| D476,284 S | * | 6/2003 | Pfeiffer et al. | D12/211 |
| D479,177 S | * | 9/2003 | Nordmann | D12/211 |
| D494,523 S | * | 8/2004 | Koenigsberg | D12/209 |
| D502,137 S | * | 2/2005 | Blum | D12/211 |
| D504,099 S | * | 4/2005 | Boyer | D12/211 |
| D504,651 S | * | 5/2005 | Johnson | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)              CLAIM

The ornamental design for a front face of a vehicle wheel,
as shown and described.

DESCRIPTION

FIG. 1 is a front view of a front face of a vehicle wheel
according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle
wheel according to my novel design.
The broken lines are for illustrative purposes only and form
no part of the claimed design.

1 Claim, 1 Drawing Sheet



**U.S. Patent**          Feb. 14, 2006          US D514,999 S



FIG. 1



FIG. 2

Exhibit B
Page 19.



US00D504382S

(12) **United States Design Patent**     (10) Patent No.:     **US D504,382 S**
Elmitt                                    (45) Date of Patent:     **\*\*  Apr. 26, 2005**

(54)  FRONT FACE OF A VEHICLE WHEEL

(75)  Inventor:  **Karl John Elmitt**, Eching (DE)

(73)  Assignee:  **Bayerische Motoren Werke Aktiengesellschaft**, Munich (DE)

(\*\*)  Term:  **14 Years**

(21)  Appl. No.:  **29/202,528**

(22)  Filed:  **Apr. 1, 2004**

(30)  **Foreign Application Priority Data**

Oct. 2, 2003  (DE) .......................................... 40306561

(51)  LOC (7) Cl. ....................................................  **12-16**
(52)  U.S. Cl. .......................................................  **D12/211**
(58)  Field of Search ................................ D12/204–213;
301/37.101, 64.101, 65

(56)  **References Cited**

U.S. PATENT DOCUMENTS

D414,454 S  \*  9/1999  Chung ........................ D12/211
D451,467 S  \*  12/2001  Chung ....................... D12/211

| D457,119 S | \* | 5/2002 | Braun et al. | .............. | D12/211 |
| D473,836 S | \* | 4/2003 | Laengerer | ............... | D12/211 |
| D486,115 S | \* | 2/2004 | Chung | ...................... | D12/211 |
| D487,420 S | \* | 3/2004 | Kang | ......................... | D12/211 |
| D490,760 S | \* | 6/2004 | Sands | ....................... | D12/209 |
| D497,870 S | \* | 11/2004 | Cahyono | .................. | D12/211 |

\* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)     **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle wheel according to my novel design.
The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**              Apr. 26, 2005              US D504,382 S



FIG. 1

FIG. 2



US00D493404S1

(12) **United States Design Patent**   (10) Patent No.:      **US D493,404 S**
Baum                                     (45) Date of Patent:  **        ** Jul. 27, 2004

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: **Stephan Baum**, Olching (DE)

(73) Assignee: **Bayerische Motoren Werke Aktiengesellschaft**, Munich (DE)

(**) Term: **14 Years**

(21) Appl. No.: **29/182,333**

(22) Filed: **May 27, 2003**

(30)      **Foreign Application Priority Data**

Nov. 25, 2002   (DE) ........................................ 4 02 09 836

(51) LOC (7) Cl. ....................................... **12-16**
(52) U.S. Cl. ......................................... **D12/211**
(58) Field of Search .......................... D12/204–213;
                                    301/37.101, 64.101, 65

(56)            **References Cited**

           **U.S. PATENT DOCUMENTS**

| | | | | | |
|---|---|---|---|---|---|
| D368,464 | S | * | 4/1996 | Morley et al. ............ | D12/209 |
| D405,749 | S | * | 2/1999 | Kulla ...................... | D12/211 |
| D409,132 | S | * | 5/1999 | Cullen ..................... | D12/211 |
| D410,426 | S | * | 6/1999 | Frizzi ...................... | D12/211 |
| D416,849 | S | * | 11/1999 | Weidbase ................. | D12/211 |
| D428,379 | S | * | 7/2000 | Donikoglu ................ | D12/211 |
| D438,503 | S | | 3/2001 | Syring ..................... | D12/211 |
| D441,339 | S | * | 5/2001 | Hussaini et al. ........... | D12/211 |
| D457,119 | S | * | 5/2002 | Braun et al. ............... | D12/211 |
| D460,733 | S | * | 7/2002 | Bintoro ................... | D12/211 |
| D460,942 | S | * | 7/2002 | Lee ......................... | D12/211 |
| D466,070 | S | * | 11/2002 | Lee ......................... | D12/211 |
| D468,250 | S | * | 1/2003 | Donikoglu ................ | D12/209 |
| D473,836 | S | * | 4/2003 | Laengerer ................. | D12/211 |
| D474,440 | S | * | 5/2003 | Oh .......................... | D12/211 |
| D480,035 | S | * | 9/2003 | Fröhlich ................... | D12/211 |
| D480,036 | S | * | 9/2003 | Laengerer ................. | D12/211 |
| D482,309 | S | * | 11/2003 | Sulahian ................... | D12/211 |
| D483,714 | S | * | 12/2003 | Warming ................. | D12/211 |
| D484,447 | S | * | 12/2003 | Warming ................. | D12/211 |
| D486,111 | S | * | 2/2004 | Weidbase ................. | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)          **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

          **DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle wheel according to my novel design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Jul. 27, 2004          US D493,404 S



FIG.1



FIG.2



US00D470093S

(12) **United States Design Patent**
Frizzi

(10) Patent No.: **US D470,093 S**
(45) Date of Patent: ✱✱ **Feb. 11, 2003**

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: Roberto Frizzi, Brescia (IT)

(73) Assignee: Bayerische Motoren Werke Aktiengesellschaft, Munich (DE)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/141,903**

(22) Filed: **May 16, 2001**

(30)        **Foreign Application Priority Data**

Nov. 16, 2000    (DE) ...................................... 4 00 10 998

(51) LOC (7) Cl. .................................................. 12-16
(52) U.S. Cl. ..................................................... D12/209
(58) Field of Search ............................ D12/204–211; 301/37.101, 64.101, 65

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D214,620 S | ✱ | 7/1969 | Barris | D12/211 |
| D231,349 S | ✱ | 4/1974 | Gaffney | D12/211 |
| D302,264 S | ✱ | 7/1989 | Soederberg | D12/209 |
| D375,073 S | ✱ | 10/1996 | Theiss | D12/209 |
| D383,429 S | ✱ | 9/1997 | Muzzarelli et al. | D12/211 |
| D395,863 S | ✱ | 7/1998 | Sacco et al. | D12/211 |
| D401,205 S | ✱ | 11/1998 | Fischer | D12/209 |

| | | | | |
|---|---|---|---|---|
| D407,057 S | ✱ | 3/1999 | Goplen | D12/211 |
| D412,149 S | ✱ | 7/1999 | Corioni | D12/211 |
| D412,479 S | ✱ | 8/1999 | Sacco et al. | D12/209 |
| D419,940 S | ✱ | 2/2000 | Sacco et al. | D12/209 |
| D428,845 S | ✱ | 9/2000 | Yoshida et al. | D12/211 |
| D430,523 S | ✱ | 9/2000 | Pfeiffer | D12/209 |
| D432,479 S | ✱ | 10/2000 | Lee et al. | D12/209 |
| D436,912 S | ✱ | 1/2001 | Boyer | D12/211 |
| D451,458 S | ✱ | 12/2001 | Sacco et al. | D12/209 |
| D451,466 S | ✱ | 12/2001 | Fujii | D12/211 |
| D460,941 S | ✱ | 7/2002 | Muzzarelli | D12/211 |

✱ cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)            **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle wheel according to my novel design.
The dash lines included depict environment and are not part of the claimed design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Feb. 11, 2003          US D470,093 S



FIG.1



FIG. 2

Exhibit B
Page 25.



US00D532358S

## (12) United States Design Patent
Blasi

(10) Patent No.:      **US D532,358 S**
(45) Date of Patent:  ** **Nov. 21, 2006**

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor:    Juliane Blasi, Munich (DE)

(73) Assignee:    Bayerische Motoren Werke
                  Aktiengesellschaft, Munich (DE)

(**)  Term:       14 Years

(21) Appl. No.: 29/258,756

(22) Filed:       Apr. 27, 2006

(30)      **Foreign Application Priority Data**
Oct. 28, 2005    (DE) ..................................... 4 05 05 625

(51) LOC (8) Cl. ................................................ 12-16
(52) U.S. Cl. ................................................ D12/211
(58) Field of Classification Search ........ D12/204–213;
              301/37.101, 64.101, 65
     See application file for complete search history.

(56)              **References Cited**
          U.S. PATENT DOCUMENTS

D414,454 S  *  9/1999  Chung ....................... D12/211

| | | | | |
|---|---|---|---|---|
| D445,753 S | * | 7/2001 | Neeper | D12/211 |
| D457,119 S | * | 5/2002 | Braun et al. | D12/211 |
| D502,679 S | * | 3/2005 | Boyer | D12/211 |
| D506,965 S | * | 7/2005 | Kataoka | D12/209 |
| D520,434 S | * | 5/2006 | Fahr-Becker | D12/211 |
| D520,593 S | * | 5/2006 | Pfeiffer | D12/211 |
| D522,430 S | * | 6/2006 | Nordmann | D12/209 |
| D522,439 S | * | 6/2006 | Laengerer | D12/211 |
| D522,954 S | * | 6/2006 | Hueller | D12/211 |

\* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)              **CLAIM**

The ornamental design for a front face of a vehicle wheel,
as shown and described.

              **DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel
according to my novel design; and,
FIG. 2 is a perspective view thereof.
The broken lines are for illustrative purposes only and form
no part of the claimed design.

              1 Claim, 1 Drawing Sheet



**U.S. Patent**          Nov. 21, 2006          US D532,358 S



FIG. 1



FIG. 2



US00D558114S

(12) **United States Design Patent**      (10) Patent No.:      **US D558,114 S**
Pollmann                                   (45) Date of Patent:   **  Dec. 25, 2007**

(54)  **FRONT FACE OF A VEHICLE WHEEL**

(75)  Inventor:  **Gert Pollmann**, Boehmfeld (DE)

(73)  Assignee:  **Bayerische Motoren Werke Aktiengesellschaft**, Munich (DE)

(**)  Term:  **14 Years**

(21)  Appl. No.: **29/271,995**

(22)  Filed:  **Jan. 31, 2007**

(30)  **Foreign Application Priority Data**

Aug. 1, 2006  (DE)  ................................ 4 06 04 070

(51)  **LOC (8) Cl.**  ................................................. **12-16**
(52)  **U.S. Cl.**  ..................................................... **D12/209**
(58)  **Field of Classification Search** ....... D12/204–213;
      301/37.101, 64.101, 65, 64.201
      See application file for complete search history.

(56)  **References Cited**

U.S. PATENT DOCUMENTS

D433,659  S  *  11/2000  Frizzi ......................... D12/211
D454,527  S  *   3/2002  Bhambra .................... D12/209

| | | | | |
|---|---|---|---|---|
| D471,502 | S | * | 3/2003 | McMath ................... D12/209 |
| D484,839 | S | * | 1/2004 | Scheu ..................... D12/209 |
| D486,769 | S | * | 2/2004 | Gallert .................... D12/209 |
| D493,403 | S | * | 7/2004 | Kataoka .................. D12/209 |
| D500,723 | S | * | 1/2005 | Alimchandani ......... D12/209 |
| D506,717 | S | * | 6/2005 | Gallert .................... D12/209 |
| D509,782 | S | * | 9/2005 | Pollmann ............... D12/209 |
| D520,431 | S | * | 5/2006 | Truebsbach ............. D12/209 |
| D539,204 | S | * | 3/2007 | Pollmann ................. D12/209 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)  **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,

FIG. 2 is a perspective view thereof.

The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**     Dec. 25, 2007     US D558,114 S



FIG. 1



FIG. 2

Exhibit B
Page 29.



US00D560585S

(12) **United States Design Patent**
Blasi

(10) Patent No.:　**US D560,585 S**
(45) Date of Patent:　** **　**Jan. 29, 2008**

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor:　**Juliane Blasi**, Munich (DE)

(73) Assignee:　**Bayerische Motoren Werke Aktiengesellschaft**, Munich (DE)

(**) Term:　**14 Years**

(21) Appl. No.: **29/270,363**

(22) Filed:　**Dec. 21, 2006**

(30)　　**Foreign Application Priority Data**

Jun. 22, 2006　(DE)　................................. 40603373

(51) **LOC (8) Cl.** ............................................. **12-16**
(52) **U.S. Cl.** ................................................... **D12/209**
(58) **Field of Classification Search** ....... D12/204–213;
301/37.101, 64.101, 65, 64.201
See application file for complete search history.

(56)　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D410,617 | S | * | 6/1999 | Hussaini et al. ........... | D12/209 |
| D412,480 | S | * | 8/1999 | Hussaini et al. ........... | D12/209 |
| D419,942 | S | | 2/2000 | Lampkin | |
| D451,461 | S | * | 12/2001 | Arellano ................... | D12/209 |
| D460,396 | S | * | 7/2002 | Kember et al. ............ | D12/209 |
| D466,467 | S | * | 12/2002 | Hodges .................... | D12/211 |
| D474,439 | S | * | 5/2003 | McMath ................... | D12/209 |
| D491,124 | S | | 6/2004 | Rice | |
| D496,318 | S | * | 9/2004 | Cheng ..................... | D12/209 |
| D512,007 | S | * | 11/2005 | Sze ......................... | D12/209 |
| D523,800 | S | * | 6/2006 | Sulahian ................... | D12/209 |
| D532,736 | S | * | 11/2006 | Ettensberger ............. | D12/209 |
| D533,495 | S | * | 12/2006 | Arora ...................... | D12/209 |
| D539,720 | S | * | 4/2007 | Looho ...................... | D12/209 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus

(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)　　　　**CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,

FIG. 2 is a perspective view thereof.

The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**





**U.S. Patent**          Jan. 29, 2008          US D560,585 S



FIG. 1

FIG. 2

Exhibit B
Page 31.



US00D528962S

(12) **United States Design Patent**
Blasi

(10) Patent No.: **US D528,962 S**
(45) Date of Patent: ** Sep. 26, 2006

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: Juliane Blasi, Munich (DE)

(73) Assignee: Bayerische Motoren Werke Aktiengesellschaft, Munich (DE)

(**) Term: 14 Years

(21) Appl. No.: 29/242,309

(22) Filed: Nov. 9, 2005

(30) **Foreign Application Priority Data**

May 11, 2005 (DE) ............................................ 40502549

(51) LOC (8) Cl. ............................................... 12-16
(52) U.S. Cl. ................................................... **D12/211**
(58) Field of Classification Search ........ D12/204–213;
301/37.101, 64.101, 65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D414,454 S | * | 9/1999 | Chung .......................... D12/211 |
| D457,119 S | * | 5/2002 | Braun et al. ................ D12/211 |
| D471,144 S | * | 3/2003 | Pfeiffer ...................... D12/209 |
| D473,836 S | * | 4/2003 | Laengerer .................... D12/211 |
| D504,101 S | * | 4/2005 | Pfeiffer ...................... D12/211 |
| D504,382 S | * | 4/2005 | Elmitt ........................ D12/211 |
| D504,647 S | * | 5/2005 | Leclercq .................... D12/209 |
| D506,967 S | * | 7/2005 | Kamimura ................... D12/211 |
| D507,224 S | * | 7/2005 | Pfeiffer ...................... D12/211 |
| D507,775 S | * | 7/2005 | Pfeiffer ...................... D12/211 |
| D513,489 S | * | 1/2006 | Momokawa .................. D12/211 |
| D514,999 S | * | 2/2006 | Boyer ......................... D12/209 |
| D519,072 S | * | 4/2006 | Komuro ...................... D12/209 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57) **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view thereof.
The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**    Sep. 26, 2006    US D528,962 S



FIG.1

FIG.2

Exhibit B
Page 33.



US00D449028B1

(12) **United States Design Patent**
Weidhase

(10) Patent No.: **US D449,028 S**
(45) Date of Patent: ✶✶ **Oct. 9, 2001**

(54) **FRONT FACE OF A VEHICLE WHEEL**

(75) Inventor: **Ulf Weidhase**, Garching (DE)

(73) Assignee: **Bayerische Motoren Werke Aktiengesellschaft**, Munich (DE)

(✶✶) Term: **14 Years**

(21) Appl. No.: **29/120,852**

(22) Filed: **Mar. 28, 2000**

(30) **Foreign Application Priority Data**

Sep. 28, 1999    (DE) .................................. 499 09 281

(51) LOC (7) Cl. ........................................ **12-16**
(52) U.S. Cl. ...................................... **D12/209**
(58) Field of Search ............................. D12/204–211;
301/37.1, 64.1, 65

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D. 361,547 | ✶ | 8/1995 | Weld | D12/211 |
| D. 379,612 | ✶ | 6/1997 | Honrkhah | D12/209 |
| D. 380,432 | ✶ | 7/1997 | Hettler | D12/209 |
| D. 384,025 | ✶ | 9/1997 | Roesianto | D12/209 |
| D. 384,320 | ✶ | 9/1997 | Bhambra | D12/209 |
| D. 391,543 | ✶ | 3/1998 | Renkert | D12/209 |
| D. 396,681 | ✶ | 8/1998 | Boyer | D12/209 |

| | | | | |
|---|---|---|---|---|
| D. 398,573 | ✶ | 9/1998 | Cattaneo | D12/211 |
| D. 407,364 | ✶ | 3/1999 | Fisker | D12/209 |
| D. 407,680 | ✶ | 4/1999 | Bhambra | D12/209 |
| D. 412,692 | ✶ | 8/1999 | Hussaini | D12/209 |
| D. 413,851 | ✶ | 9/1999 | Donikoglu | D12/209 |
| D. 414,738 | ✶ | 10/1999 | Escue | D12/209 |
| D. 420,637 | ✶ | 2/2000 | Glade | D12/209 |
| D. 421,417 | ✶ | 3/2000 | Weidhase | D12/211 |
| D. 422,258 | ✶ | 4/2000 | Hale, Jr. | D12/211 |
| D. 426,184 | ✶ | 6/2000 | Goplen | D12/209 |
| D. 433,374 | ✶ | 11/2000 | Wang | D12/209 |

✶ cited by examiner

*Primary Examiner*—Stacia Cadmus
(74) *Attorney, Agent, or Firm*—Crowell & Moring LLP

(57)    **CLAIM**

The ornamental design for a front face of a vehicle wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a front face of a vehicle wheel according to my novel design; and,
FIG. 2 is a perspective view of the front face of a vehicle wheel according to my novel design.
The dash lines included depict environment and are not part of the claimed design.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Oct. 9, 2001          US D449,028 S



FIG. 1



FIG. 2

EXHIBIT C

| Asserted BMW Design Patent | Image | |
|---|---|---|
| U.S. D514,999 |  | A |
| U.S. D493,404 |  | B |

Exhibit C
Page 36.

| Asserted BMW Design Patent | Image | |
|---|---|---|
| U.S. D515,491 |  | C |
| U.S. D470,093 |  | D |

Exhibit C
Page 37.

| Asserted BMW Design Patent | Image | |
|---|---|---|
| U.S. D504,382 |  | E |
| U.S. D532,358 |  | F |

Exhibit C
Page 38.

| Asserted BMW Design Patent | Image | |
|---|---|---|
| U.S. D58,114 |  | G |
| U.S. D560,585 |  | H |

Exhibit C
Page 39.

| Asserted BMW Design Patent | Image | |
|---|---|---|
| U.S. D528,962 |  | I |
| U.S. D449,028 |  | J |

Exhibit C
Page 40.